Ivy L. Nowinski (State Bar No.: 268564)
Email: inowinski@condonlaw.com
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067-6036
Telephone: (310) 557-2030
Facsimile: (310) 557-1299

- and -

Anthony Battista (*Pro Hac Vice* Application to be Filed)
Email: abattista@condonlaw.com
CONDON & FORSYTH LLP
7 Times Square
New York, New York 10036
Telephone: (212) 490-9100
Facsimile: (212) 370-4453

Attorneys for Defendants
DEUTSCHE LUFTHANSA AKTIENGESELLSCHAFT and
LUFTHANSA GROUP BUSINESS SERVICES NEW YORK LLC

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067-6036
Telephone: (310) 557-2030

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, an individual; ROBERT ROE, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>DEUTSCHE LUFTHANSA AKTIENGESELLSCHAFT, a German corporation; LUFTHANSA GROUP BUSINESS SERVICES NEW YORK LLC, a Delaware limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 3:23-cv-04413-SI<br><br>**DECLARATION OF JAMES STEVENS IN SUPPORT OF MOTIONS TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND FOR JUDGMENT ON THE PLEADINGS OF DEUTSCHE LUFTHANSA AKTIENGESSELSCHAFT AND LUFTHANSA GROUP BUSINESS SERVICES NEW YORK LLC**<br><br>Date: January 12, 2024<br>Time: 10:00 a.m.<br>Place: Courtroom 1 – 17th Floor |

I, James Stevens, declare as follows:

1. I am employed by Lufthansa Group as Legal Counsel for the Americas.

2. All of the statements contained in this Declaration are based upon my personal knowledge or upon information available to me in the regular course of my duties.

3. Deutsche Lufthansa Aktiengesellschaft ("Lufthansa") is the parent company of

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067-6036
Telephone: (310) 557-2030

Lufthansa Group Business Services New York LLC ("LGBS").

4. In the course and scope of my employment as Lufthansa Group Legal Counsel for the Americas, I am fully familiar with the operations of both Lufthansa and LGBS in the United States, including in the State of California.

5. I am submitting this declaration in support of Lufthansa and LGBS's motions to dismiss the claims of plaintiffs John Doe and Robert Roe ("Plaintiffs") for lack of personal jurisdiction and judgment on the pleadings.

6. Lufthansa is a foreign air carrier licensed by the United States Department of Transportation to operate international flights to and from the United States.

7. Lufthansa is a business entity organized and existing under the laws of Germany, headquartered in Cologne, Germany.

8. Lufthansa is not organized and existing under the laws of California.

9. Lufthansa is registered with the California Secretary of State to do business in California and maintains an agent for service of process in California.

10. Lufthansa, including its various subsidiaries, has approximately 110,000 employees worldwide.

11. At present, Lufthansa has forty-one (41) employees based in the State of California.

12. On May 21, 2021, Lufthansa had forty (40) employees based in the State of California.

13. Both at present and on May 21, 2021, Lufthansa maintains/maintained two (2) offices in the State of California, one at the San Francisco International Airport (SFO), and one at Los Angeles International Airport (LAX).

14. Both at present and on May 21, 2021, none of Lufthansa's officers or directors reside/resided  in California.

15. Both at present and on May 21, 2021, Lufthansa has/had no branch office or comparable facilities in California.

16. Both at present and on May 21, 2021, Lufthansa has/had no bank accounts in

California.

17. No meetings of Lufthansa's board of directors or shareholders have been in California.

18. A passenger name record is a document with details of the itinerary for a passenger, generated at the time any passenger books travel with Lufthansa.

19. Lufthansa stores and maintains passenger name records for all Lufthansa passengers in accordance with its internal policies and procedures and all applicable laws.

20. In connection with Lufthansa's investigation into the claims of Plaintiffs John Doe and Robert Roe, I have caused a search to be conducted of Lufthansa's records and files for passenger name records for John Doe and Robert Roe, containing information regarding Plaintiffs' routing.

21. Plaintiffs' passenger name records have been stored and maintained by Lufthansa since Plaintiffs initially booked their travel with Lufthansa.

22. Attached hereto as Exhibit A is a true and correct copy of Plaintiff John Doe's passenger name record, redacted to omit John Doe's name, which includes John Doe's international carriage with Lufthansa on May 21, 2021.

23. Plaintiff John Doe's passenger name record indicates that on March 21, 2021, Plaintiff John Doe was traveling pursuant to a contract of carriage which provided for one-way transportation from Riyadh, Saudi Arabia, to San Francisco, with an intermediate stopping point in Frankfurt, Germany.

24. Plaintiff John Doe's passenger name record indicates that Plaintiff John Doe purchased his contract of carriage with Lufthansa in Riyadh, Saudi Arabia.

25. Attached hereto as Exhibit B is a true and correct copy of Plaintiff Robert Roe's passenger name record, redacted to omit Robert Roe's name, which includes Robert Roe's international carriage with Lufthansa on May 25, 2021.

26. Plaintiff Robert Roe's passenger name record indicates that on May 25, 2021, Plaintiff Robert Roe was traveling pursuant to a contract of carriage which provided for one-way transportation from Riyadh, Saudi Arabia, to San Francisco, with an intermediate stopping point

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067-6036
Telephone: (310) 557-2030

in Frankfurt, Germany.

27. Plaintiff Robert Roe's passenger name record states that it was purchased in Riyadh, Saudi Arabia.

28. In the course of my work with Lufthansa Group, I am generally familiar with LGBS's organization and operations within the Americas, including within the State of California.

29. Lufthansa and LGBS are legally separate corporate entities. Each has its own employees, officers, administrative services, and management personnel. Lufthansa and LGBS also maintain separate bylaws, payroll systems, and bank accounts.

30. LGBS is a limited liability company organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

31. LGBS provides financial services, accounting and human resources support for the various Lufthansa Group members that contract for its services.

32. LGBS is not an air carrier, does not have air traffic rights to operate flights, and does not conduct any flight operations.

33. LGBS is registered with the California Secretary of State to do business in California and maintains an agent for service of process in California.

34. Both at present and on May 25, 2021, LGBS had/has one (1) employee in the State of California.

35. Both at present and on May 25, 2021, none of LGBS's members, officers or directors reside/resided or are/were domiciled in California.

36. Both at present and on May 25, 2021, LGBS has/had no offices, branch offices or comparable facilities in California.

37. Both at present and on May 25, 2021, LGBS has/had no bank accounts in California.

38. Both at present and on May 25, 2021, LGBS owns/owned no real property in California.

39. Both at present and on May 25, 2021, LGBS leases/leased no real property in

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067-6036
Telephone: (310) 557-2030

California.

40. No meetings of LGBS's board of directors or shareholders have been in California.

41. LGBS did not enter into a contract of carriage with Plaintiffs or otherwise sell a passenger ticket to Plaintiffs, either within the State of California or elsewhere.

42. LGBS has no connection, whatsoever, to the incident alleged in Plaintiffs' Complaint.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed on this ___ day of November, 2023, at ________________, ____________________.

______________________________
James Stevens

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067-6036
Telephone: (310) 557-2030

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067-6036
Telephone: (310) 557-2030

California.

40. No meetings of LGBS's board of directors or shareholders have been in California.

41. LGBS did not enter into a contract of carriage with Plaintiffs or otherwise sell a passenger ticket to Plaintiffs, either within the State of California or elsewhere.

42. LGBS has no connection, whatsoever, to the incident alleged in Plaintiffs' Complaint.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed on this 14th day of November, 2023, at Uniondale, New York.

[signature]
James Stevens

# EXHIBIT A

```
PDR * READ MODE *
NYCLH010A/6975SA/GS                                  26OCT23/1307Z
RPP/LH637/25MAY21*T(D)
    000 ON/[redacted] MR
    000 OS/LH 637 D 25MAY 2 RUHFRA LK1 0155 0710/NN *1A/E*
    000 OS/LH 454 D 25MAY 2 FRASFO LK1 1020 1235/NN *1A/E*
    000 OS/LH 455 A 19AUG 4 SFOFRA LK1 1440 1030+1/NN *1A/E*
    000 OS/LH 636 J 20AUG 5 FRARUH LK1 1300 1955/NN *1A/E*
    000 OM/A/ LH 636 J 20AUG FRARUH       LH 455 A 19AUG SFOFRA
    000 OM/A/ LH 454 D 25MAY FRASFO       LH 637 D 25MAY RUHFRA
    000 OP/AP RUH 966 11 464 8810 - ACE TRAVEL - A
    000 OT/TKOK 31JAN/RUHS22842
    000 OR/SSR FQTVLHHK/ UA00102372182/[redacted] MR
    000 KO/RM NOTIFY PASSENGER PRIOR TO TICKET PURCHASE & CHECK-
        IN: FEDERAL LAWS FORBID THE CARRIAGE OF HAZARDOUS MATERI
        ALS - GGAMAUSHAZ/LH 454 D 25MAY FRASFO/LH 455 A 19AUG SF
        OFRA
    000 RF-P CR-RUHS22842 71200356 AS 9976SH RUHS228E1 31JAN0852
        Z
    001 RF-1AINV ENI RM LH  31JAN0852Z
    002 SA/SSR OTHS1A PLS ADV TKT NBR BY 14MAY21/2359Z OR LH OPT
        G/MKTG FLTS WILL BE CANX / APPLIC FARE RULE APPLIES IF I
        T DEMANDS
    002 SA/SSR OTHS1A /// EARLIER TKTG
    002 RF-FRALH07RI CR-FRALH07RI 00000000 RC 9999WS 31JAN0852Z
    003 QA/QE/RUHS22842/1C6D4
    003 RF-SSR OTHS ADDITION CR-FRALH07RI 00000000 RC 9999WS 31J
        AN0852Z
000/004 XS/LH 637 D 25MAY 2 RUHFRA HK1 0155 0710/NN *1A/E*
000/004 XS/LH 454 D 25MAY 2 FRASFO HK1 1020 1235/NN *1A/E*
    004 AS/LH 637 J 28MAY 5 RUHFRA LK1 0155 0710/NN *1A/E*
    004 AS/LH 454 F 28MAY 5 FRASFO LK1 1020 1235/NN *1A/E*
000/004 DM/A/ LH 454 D 25MAY FRASFO       LH 637 D 25MAY RUHFRA
000/004 XR/RM NOTIFY PASSENGER PRIOR TO TICKET PURCHASE & CHECK-
        IN: FEDERAL LAWS FORBID THE CARRIAGE OF HAZARDOUS MATERI
        ALS - GGAMAUSHAZ/LH 454 D 25MAY FRASFO/LH 455 A 19AUG SF
        OFRA
    004 GM/A/ LH 637 J 28MAY RUHFRA       LH 454 F 28MAY FRASFO
    004 AR/RM NOTIFY PASSENGER PRIOR TO TICKET PURCHASE & CHECK-
        IN: FEDERAL LAWS FORBID THE CARRIAGE OF HAZARDOUS MATERI
        ALS - GGAMAUSHAZ/LH 454 F 28MAY FRASFO/LH 455 A 19AUG SF
        OFRA
    004 RF-P CR-RUHS228E1 71200356 AS 9976SH 31JAN1134Z
    005 RF-1AINV ENI RM LH  31JAN1134Z
    006 SA/SSR OTHS1A PLS ADV TKT NBR BY 17MAY21/2359Z OR LH OPT
        G/MKTG FLTS WILL BE CANX / APPLIC FARE RULE APPLIES IF I
        T DEMANDS
    006 SA/SSR OTHS1A /// EARLIER TKTG
    006 RF-FRALH07RI CR-FRALH07RI 00000000 RC 9999WS 31JAN1135Z
    007 QU/QN/1C6D4
    007 RF-NMC-[redacted] CR-RUHS22842 71200356 AS 9976SH/ES-
        FF37D9CF RUHS22842 71200356 01FEB0948Z
    008 SA/SSR DOCSLHHK1 P/USA/[redacted]/USA/[redacted]/M/11NOV22/
        [redacted] MR
    008 RF-P CR-RUHS22842 71200356 AS 9976SH RUHS228E1 01FEB1358
```

```
      Z
  009 AF/FE FARE RESTRICTION MAY APPLY -BG:LH/LH 637 J 28MAY R
      UHFRA/LH 454 F 28MAY FRASFO/LH 455 A 19AUG SFOFRA/LH 636
       J 20AUG FRARUH/[redacted] MR
  009 AF/FM *M*0
  009 AF/FV LH/LH 637 J 28MAY RUHFRA/LH 454 F 28MAY FRASFO/LH
      455 A 19AUG SFOFRA/LH 636 J 20AUG FRARUH/[redacted] MR
  009 RF-P CR-RUHS22842 71200356 AS 9976SH RUHS228E1 01FEB1359
      Z
  010 AP/APN M+966505635833/[redacted] MR
  010 RF-P CR-RUHS22842 71200356 AS 9976SH RUHS228E1 02FEB0652
      Z
  011 SA/SSR RQST LH LK1 RUHFRA/01KN/LH 637 J 28MAY RUHFRA
  011 SA/SSR RQST LH LK1 FRASFO/01KN/LH 454 F 28MAY FRASFO
  011 SA/SSR RQST LH LK1 SFOFRA/01KN/LH 455 A 19AUG SFOFRA
  011 SA/SSR RQST LH LK1 FRARUH/01KN/LH 636 J 20AUG FRARUH
  011 RF-P CR-RUHS22842 71200356 AS 9976SH RUHS228E1 02FEB0653
      Z
  012 AP/APE [redacted]
  012 RF-P CR-RUHS22842 71200356 AS 9976SH RUHS228E1 02FEB0653
      Z
009/013 XF/FE FARE RESTRICTION MAY APPLY -BG:LH/LH 637 J 28MAY R
      UHFRA/LH 454 F 28MAY FRASFO/LH 455 A 19AUG SFOFRA/LH 636
       J 20AUG FRARUH/[redacted] MR
009/013 XF/FV LH/LH 637 J 28MAY RUHFRA/LH 454 F 28MAY FRASFO/LH
      455 A 19AUG SFOFRA/LH 636 J 20AUG FRARUH/[redacted] MR
  013 AF/FE FARE RESTRICTION MAY APPLY -BG:LH/LH 637 J 28MAY R
      UHFRA/LH 454 F 28MAY FRASFO/LH 455 A 19AUG SFOFRA/LH 636
       J 20AUG FRARUH/[redacted] MR
  013 AF/FV LH/LH 637 J 28MAY RUHFRA/LH 454 F 28MAY FRASFO/LH
      455 A 19AUG SFOFRA/LH 636 J 20AUG FRARUH/[redacted] MR
  013 RF-P CR-RUHS22842 71200356 AS 9976SH RUHS228E1 02FEB0657
      Z
  014 AF/FP INV MAWARID
  014 RF-P CR-RUHS22842 71200356 AS 9976SH RUHS228E1 02FEB0657
      Z
004/015 CS/LH 637 J 28MAY 5 RUHFRA HK1 0155 0710/NN *1A/E*
004/015 CS/LH 454 F 28MAY 5 FRASFO HK1 1020 1235/NN *1A/E*
000/015 CS/LH 455 A 19AUG 4 SFOFRA HK1 1440 1030+1/NN *1A/E*
000/015 CS/LH 636 J 20AUG 5 FRARUH HK1 1300 1955/NN *1A/E*
000/015 XT/TKOK 31JAN/RUHS22842
  015 AT/TKOK 02FEB/RUHS22842//ETLH
  015 AF/FA 220-4878881963/ETLH/SAR34272.00/02FEB21/RUHS22842/
      71200356/LH 637 J 28MAY RUHFRA/LH 454 F 28MAY FRASFO/LH
      455 A 19AUG SFOFRA/LH 636 J 20AUG FRARUH/[redacted] MR
  015 AF/FB 0000000000 TTPIE3424 OK ETICKET/LH 637 J 28MAY RUH
      FRA/LH 454 F 28MAY FRASFO/LH 455 A 19AUG SFOFRA/LH 636 J
       20AUG FRARUH/[redacted] MR
  015 AF/FG 0000000000 JED1A0981/LH 637 J 28MAY RUHFRA/LH 454
      F 28MAY FRASFO/LH 455 A 19AUG SFOFRA/LH 636 J 20AUG FRAR
      UH/[redacted] MR
  015 RF-SH CR-RUHS22842 71200356 AS 9976SH RUHS228E1 02FEB065
      8Z
  016 AR/RM EML-ITR-SENT TO [redacted] AT 02FEB
      21 0658 GMT BY RUHS22842
```

```
    016 RF-TDF CR-RUHS22842 71200356 AS 9976SH 02FEB0658Z
    017 AR/RM EML-ITR-SENT TO [redacted].SA A
        T 02FEB21 0658 GMT BY RUHS22842
    017 RF-TDF CR-RUHS22842 71200356 AS 9976SH 02FEB0658Z
    018 OA/OSI YYCTCM 966505635833
    018 RF-P CR-RUHS22842 71200356 AS 9976SH RUHS228E1 02FEB0658
        Z
    019 SA/SSR OTHS1A UPCOMING LOSS OF CABIN LH454/28MAY/LH455/1
        9AUG/PLS CTC FCL SERVICE 00496986799444
    019 SA/SSR OTHS1A MANYTHX/BERXR/TS/23FEB/FCL SERVICE
    019 RF- -LH/U556107 CR-KSFLH0218 23494450 GS 261156 DELLH022
        4 23FEB1104Z
    020 QA/QE/RUHS22842/1C6D4
    020 RF-SSR OTHS ADDITION CR-KSFLH0218 23494450 GS 261156 23F
        EB1104Z
    021 QU/QN/1C6D4
    021 RF-NMC-[redacted] CR-RUHS22842 71200356 AS 9976SH/ES-
        FF9C2802 RUHS22842 71200356 23FEB1356Z
015/022 TC/LH 455 A 19AUG 4 SFOFRA TK1 1455 1045+1/ 1440 1030+1
    022 RF-REACC LH Q CR-MUC1A0GIB 00000000    0000   DELLH0224
        25FEB1820Z
    023 QA/QE/RUHS22842/7C1D4
    023 RF-REACC LH Q CR- 25FEB1820Z
    024 RF-UPDATED BY 1A MAP CR-NCE1A0955 12345675 SU 0001AA 25F
        EB1821Z
015/025 CS/LH 454 F 28MAY 5 FRASFO UN1 1020 1235/HK *1A/E*
    025 AS/LH 454 J 28MAY 5 FRASFO TK1 1035 1255/TK     E*
011/025 CS/SSR RQST LH UN1 FRASFO/01KN/HK/LH 454 F 28MAY FRASFO
015/025 CF/FA 220-4878881963/ETLH/SAR34272.00/02FEB21/RUHS22842/
        71200356/LH 454 F 28MAY FRASFO/LH 637 J 28MAY RUHFRA/LH
        455 A 19AUG SFOFRA/LH 636 J 20AUG FRARUH/[redacted] MR
015/025 AF/FA 220-4878881963/ETLH/SAR34272.00/02FEB21/RUHS22842/
        71200356/LH 637 J 28MAY RUHFRA/LH 455 A 19AUG SFOFRA/LH
        636 J 20AUG FRARUH/[redacted] MR
015/025 CF/FB 0000000000 TTPIE3424 OK ETICKET/LH 454 F 28MAY FRA
        SFO/LH 637 J 28MAY RUHFRA/LH 455 A 19AUG SFOFRA/LH 636 J
         20AUG FRARUH/[redacted] MR
015/025 AF/FB 0000000000 TTPIE3424 OK ETICKET/LH 637 J 28MAY RUH
        FRA/LH 455 A 19AUG SFOFRA/LH 636 J 20AUG FRARUH/[redacted]
         MR
004/025 DM/A/ LH 637 J 28MAY RUHFRA       LH 454 F 28MAY FRASFO
004/025 XR/RM NOTIFY PASSENGER PRIOR TO TICKET PURCHASE & CHECK-
        IN: FEDERAL LAWS FORBID THE CARRIAGE OF HAZARDOUS MATERI
        ALS - GGAMAUSHAZ/LH 454 F 28MAY FRASFO/LH 455 A 19AUG SF
        OFRA
    025 SA/SSR RQST LH KK1 FRASFO/02K/LH 454 J 28MAY FRASFO
    025 AR/RM NOTIFY PASSENGER PRIOR TO TICKET PURCHASE & CHECK-
        IN: FEDERAL LAWS FORBID THE CARRIAGE OF HAZARDOUS MATERI
        ALS - GGAMAUSHAZ/LH 454 F 28MAY FRASFO/LH 454 J 28MAY FR
        ASFO/LH 455 A 19AUG SFOFRA
    025 RF-REACC LH Q CR-MUC1A0GIB 00000000    0000   NCE1A0955
        25FEB1826Z
025/026 XF/FA 220-4878881963/ETLH/SAR34272.00/02FEB21/RUHS22842/
        71200356/LH 637 J 28MAY RUHFRA/LH 455 A 19AUG SFOFRA/LH
        636 J 20AUG FRARUH/[redacted] MR
```

```
    026 AF/FA 220-4878881963/ETLH/SAR34272.00/25FEB21/FRALH0ERS/
        23499906/LH 637 J 28MAY RUHFRA/LH 454 J 28MAY FRASFO/LH
        455 A 19AUG SFOFRA/LH 636 J 20AUG FRARUH/[redacted] MR
    026 RF-BB CR-FRALH0ERS 23499906 SU 0011BB BERLH0ERS 25FEB182
        6Z
    027 RF-UPDATED BY 1A MAP CR-NCE1A0955 12345675 SU 0001AA 25F
        EB1828Z
    028 QU/QE/BOMLX0707/62C0-PUE3BO
    028 RF-LH/WSLHNSA CR-FRALH0808 00000000 SU 9999WS/DS-FFD8644
        C 27FEB1713Z
    029 QU/QN/7C1D4
    029 RF-NMC-[redacted] CR-RUHS22842 71200356 AS 9976SH/ES-
        FF32D448 RUHS22842 71200356 28FEB0807Z
    030 AR/RC DXBLH0101-W,***LH0***/ADV TA TO REISSUE THE TKT IN
        VOL /LS/28FEB32/RUHLH0100
    030 RF- -LH/U123661 CR-DXBLH0101 86497272 SU 3661LS 28FEB083
        1Z
022/031 CS/LH 455 A 19AUG 4 SFOFRA HK1 1455 1045+1/TK *1A/E*
015/031 XS/LH 637 J 28MAY 5 RUHFRA HK1 0155 0710/NN *1A/E*
025/031 XS/LH 454 F 28MAY 5 FRASFO UN1 1020 1235/HK *1A/E*
025/031 XS/LH 454 J 28MAY 5 FRASFO TK1 1035 1255/TK     E*
    031 AS/LH 637 J 01JUN 2 RUHFRA LK1 0155 0710/NN *1A/E*
    031 AS/LH 454 F 01JUN 2 FRASFO LK1 1035 1250/NN *1A/E*
026/031 CF/FA 220-4878881963/ETLH/SAR34272.00/25FEB21/FRALH0ERS/
        23499906/LH 455 A 19AUG SFOFRA/LH 637 J 28MAY RUHFRA/LH
        454 J 28MAY FRASFO/LH 636 J 20AUG FRARUH/[redacted] MR
026/031 AF/FA 220-4878881963/ETLH/SAR34272.00/25FEB21/FRALH0ERS/
        23499906/LH 455 A 19AUG SFOFRA/LH 636 J 20AUG FRARUH/[redacted]
        MR
015/031 CF/FB 0000000000 TTPIE3424 OK ETICKET/LH 455 A 19AUG SFO
        FRA/LH 637 J 28MAY RUHFRA/LH 636 J 20AUG FRARUH/[redacted]
        MR
015/031 AF/FB 0000000000 TTPIE3424 OK ETICKET/LH 455 A 19AUG SFO
        FRA/LH 636 J 20AUG FRARUH/[redacted] MR
015/031 CF/FG 0000000000 JED1A0981/LH 455 A 19AUG SFOFRA/LH 637
        J 28MAY RUHFRA/LH 454 F 28MAY FRASFO/LH 636 J 20AUG FRAR
        UH/[redacted] MR
015/031 AF/FG 0000000000 JED1A0981/LH 455 A 19AUG SFOFRA/LH 636
        J 20AUG FRARUH/[redacted] MR
014/031 CF/FP INV MAWARID
014/031 AF/FP O/INV
011/031 SX/SSR RQST LH HK1 RUHFRA/01KN/LH 637 J 28MAY RUHFRA
025/031 SX/SSR RQST LH UN1 FRASFO/01KN/LH 454 F 28MAY FRASFO
025/031 SX/SSR RQST LH KK1 FRASFO/02K/LH 454 J 28MAY FRASFO
025/031 XR/RM NOTIFY PASSENGER PRIOR TO TICKET PURCHASE & CHECK-
        IN: FEDERAL LAWS FORBID THE CARRIAGE OF HAZARDOUS MATERI
        ALS - GGAMAUSHAZ/LH 455 A 19AUG SFOFRA/LH 454 F 28MAY FR
        ASFO/LH 454 J 28MAY FRASFO
013/031 XF/FE FARE RESTRICTION MAY APPLY -BG:LH/LH 455 A 19AUG S
        FOFRA/LH 637 J 28MAY RUHFRA/LH 454 F 28MAY FRASFO/LH 636
         J 20AUG FRARUH/[redacted] MR
013/031 XF/FV LH/LH 455 A 19AUG SFOFRA/LH 637 J 28MAY RUHFRA/LH
        454 F 28MAY FRASFO/LH 636 J 20AUG FRARUH/[redacted] MR
    031 GM/A/ LH 637 J 01JUN RUHFRA       LH 454 F 01JUN FRASFO
    031 SA/SSR RQST LH HN1 RUHFRA/01KN/LH 637 J 01JUN RUHFRA
```

```
    031 AR/RM NOTIFY PASSENGER PRIOR TO TICKET PURCHASE & CHECK-
        IN: FEDERAL LAWS FORBID THE CARRIAGE OF HAZARDOUS MATERI
        ALS - GGAMAUSHAZ/LH 454 F 01JUN FRASFO/LH 455 A 19AUG SF
        OFRA
    031 AF/FE SKCHG FARE RESTRICTION MAY APPLY -BG LH/LH 637 J 0
        1JUN RUHFRA/LH 454 F 01JUN FRASFO/LH 455 A 19AUG SFOFRA/
        LH 636 J 20AUG FRARUH/[redacted] MR
    031 AF/FO 220-4878881963RUH02FEB21/71200356/220-48788819635E
        1*I/LH 637 J 01JUN RUHFRA/LH 454 F 01JUN FRASFO/LH 455 A
         19AUG SFOFRA/LH 636 J 20AUG FRARUH/[redacted] MR
    031 AF/FV LH/LH 637 J 01JUN RUHFRA/LH 454 F 01JUN FRASFO/LH
        455 A 19AUG SFOFRA/LH 636 J 20AUG FRARUH/[redacted] MR
    031 RF-ETK-P CR-RUHS22842 71200356 AS 9976SH RUHS228E1 28FEB
        0911Z
031/032 CS/SSR RQST LH KK1 RUHFRA/01KN/HN/LH 637 J 01JUN RUHFRA
    032 RF-1AINV ENI RM LH  28FEB0911Z
031/033 CS/LH 637 J 01JUN 2 RUHFRA HK1 0155 0710/NN *1A/E*
031/033 CS/LH 454 F 01JUN 2 FRASFO HK1 1035 1250/NN *1A/E*
015/033 XT/TKOK 02FEB/RUHS22842//ETLH
031/033 XF/FA 220-4878881963/ETLH/SAR34272.00/25FEB21/FRALH0ERS/
        23499906/LH 455 A 19AUG SFOFRA/LH 636 J 20AUG FRARUH/[redacted] MR
015/033 XF/FB 0000000000 TTPIE3424 OK ETICKET/LH 455 A 19AUG SFO
        FRA/LH 636 J 20AUG FRARUH/[redacted] MR
015/033 XF/FG 0000000000 JED1A0981/LH 455 A 19AUG SFOFRA/LH 636
        J 20AUG FRARUH/[redacted] MR
    033 AT/TKOK 28FEB/RUHS22842//ETLH
    033 AF/FA 220-4879227116/ETLH/SAR0.00/28FEB21/RUHS22842/7120
        0356/LH 637 J 01JUN RUHFRA/LH 454 F 01JUN FRASFO/LH 455
        A 19AUG SFOFRA/LH 636 J 20AUG FRARUH/[redacted] MR
    033 AF/FB 0000000000 TTPIE3424/T4 OK ETICKET/LH 637 J 01JUN
        RUHFRA/LH 454 F 01JUN FRASFO/LH 455 A 19AUG SFOFRA/LH 63
        6 J 20AUG FRARUH/[redacted] MR
    033 AF/FG 0000000000 JED1A0981/LH 637 J 01JUN RUHFRA/LH 454
        F 01JUN FRASFO/LH 455 A 19AUG SFOFRA/LH 636 J 20AUG FRAR
        UH/[redacted] MR
    033 RF-SH CR-RUHS22842 71200356 AS 9976SH RUHS228E1 28FEB093
        6Z
032/034 CS/SSR RQST LH KK1 RUHFRA/01KN/KK/LH 637 J 01JUN RUHFRA
    034 RF-1AINV ENI RM LH  28FEB0936Z
034/035 CS/SSR RQST LH HK1 RUHFRA/01KN/KK/LH 637 J 01JUN RUHFRA
    035 SA/SSR RQST LH LK1 FRASFO/03GN/LH 454 F 01JUN FRASFO
    035 RF-ETK-P CR-RUHS22842 71200356 AS 9976SH RUHS228E1 28FEB
        0937Z
    036 QU/QR62
    036 RF-LX/YSKE CR-BOMLX0707 00010006 RC 0014AA/ES-FF67DE8B B
        OMLX0707 00010006 02MAR1349Z
    037 AR/RM EML-ITI-SENT TO [redacted] AT 03MAR
        21 1311 GMT BY RUHS22842([redacted])
    037 RF-DDIP PROC 03MAR CR-MUC1A0701 00000000 AS 9976SH 03MAR
        1311Z
033/038 TC/LH 637 J 01JUN 2 RUHFRA TK1 0140 0655/ 0155 0710
    038 RF-REACC LH Q-0001AA CR-MUC1A0GIB 00000000    0000   RUH
        S228E1 09APR1319Z
    039 QA/QE/RUHS22842/7C1D4
```

```
    039 RF-REACC LH Q CR- 09APR1319Z
    040 RF-UPDATED BY 1A MAP-0001AA CR-NCE1A0955 12345675 SU 000
        1AA 09APR1319Z
038/041 CS/LH 637 J 01JUN 2 RUHFRA HK1 0140 0655/TK *1A/E*
    041 RF-ETK-P-NMC-[redacted] CR-RUHS22842 71200356 AS 9976
        SH RUHS228E1 10APR0741Z
    042 QU/QN/7C1D4
    042 RF-NMC-[redacted] CR-RUHS22842 71200356 AS 9976SH/ES-
        FFE90636 RUHS22842 71200356 10APR0741Z
    043 SA/*SSR PETCLHHK1 CAT-CAT 8KG OWN CRATE 55X40X23CM.KK ON
        LY CAT/DOG MUST BE CLOSED PET BOX 55X40X23CM AND MAX 8KG
        /LH 637 J 01JUN RUHFRA/[redacted]MR
    043 SA/*SSR PETCLHHK1 CAT-CAT 8KG OWN CRATE 55X40X23CM.KK ON
        LY CAT/DOG MUST BE CLOSED PET BOX 55X40X23CM AND MAX 8KG
        /LH 454 F 01JUN FRASFO/[redacted] MR
    043 RF- -LH/U125282 CR-RUHLH0100 71490812 SU 5282MS DXBLH010
        1 19APR1111Z
035/044 CS/SSR RQST LH NO1 RUHFRA/01KN/SEAT NO MORE SUITABLE/HK/
        LH 637 J 01JUN RUHFRA
    044 SA/SSR RQST LH KK1 RUHFRA/02KN/LH 637 J 01JUN RUHFRA
    044 RF-1AINV ENI RM LH-0000FM  19APR1111Z
    045 QA/QE/RUHS22842/1C6D4
    045 RF-SERVICE STATUS CHANGED CR-NCE1A0238 00000000 SU 0000F
        M 19APR1111Z
    046 SA/SSR FQTVLHHK/ LH222015151248739/[redacted] MR
    046 RF- -LH/U140822 CR-DXBLH0101 86497272 SU 0822SH 21APR082
        0Z
041/047 XS/LH 637 J 01JUN 2 RUHFRA HK1 0140 0655/TK *1A/E*
033/047 XS/LH 454 F 01JUN 2 FRASFO HK1 1035 1250/NN *1A/E*
    047 AS/LH 637 D 25MAY 2 RUHFRA LK1 0140 0655/NN *1A/E*
    047 AS/LH 454 D 25MAY 2 FRASFO LK1 1035 1255/NN *1A/E*
    047 AS/SVC LH HK1 RSVR/HK [redacted] MR
033/047 CF/FA 220-4879227116/ETLH/SAR0.00/28FEB21/RUHS22842/7120
        0356/LH 637 J 01JUN RUHFRA/LH 454 F 01JUN FRASFO/LH 455
        A 19AUG SFOFRA/LH 636 J 20AUG FRARUH/[redacted] MR
033/047 AF/FA 220-4879227116/ETLH/SAR0.00/28FEB21/RUHS22842/7120
        0356/LH 455 A 19AUG SFOFRA/LH 636 J 20AUG FRARUH/[redacted]
        MR
033/047 CF/FB 0000000000 TTPIE3424/T4 OK ETICKET/LH 637 J 01JUN
        RUHFRA/LH 454 F 01JUN FRASFO/LH 455 A 19AUG SFOFRA/LH 63
        6 J 20AUG FRARUH/[redacted] MR
033/047 AF/FB 0000000000 TTPIE3424/T4 OK ETICKET/LH 455 A 19AUG
        SFOFRA/LH 636 J 20AUG FRARUH/[redacted] MR
033/047 CF/FG 0000000000 JED1A0981/LH 637 J 01JUN RUHFRA/LH 454
        F 01JUN FRASFO/LH 455 A 19AUG SFOFRA/LH 636 J 20AUG FRAR
        UH/[redacted] MR
033/047 AF/FG 0000000000 JED1A0981/LH 455 A 19AUG SFOFRA/LH 636
        J 20AUG FRARUH/[redacted] MR
031/047 DM/A/ LH 637 J 01JUN RUHFRA       LH 454 F 01JUN FRASFO
044/047 SX/SSR RQST LH NO1 RUHFRA/01KN/SEAT NO MORE SUITABLE/LH
        637 J 01JUN RUHFRA
035/047 SX/SSR RQST LH HK1 FRASFO/03GN/LH 454 F 01JUN FRASFO
044/047 SX/SSR RQST LH KK1 RUHFRA/02KN/LH 637 J 01JUN RUHFRA
043/047 SX/*SSR PETCLHHK1 CAT-CAT 8KG OWN CRATE 55X40X23CM.KK ON
        LY CAT/DOG MUST BE CLOSED PET BOX 55X40X23CM AND MAX 8KG
```

```
        /LH 637 J 01JUN RUHFRA/[redacted]L MR
043/047 SX/*SSR PETCLHHK1 CAT-CAT 8KG OWN CRATE 55X40X23CM.KK ON
        LY CAT/DOG MUST BE CLOSED PET BOX 55X40X23CM AND MAX 8KG
        /LH 454 F 01JUN FRASFO/[redacted] MR
031/047 XR/RM NOTIFY PASSENGER PRIOR TO TICKET PURCHASE & CHECK-
        IN: FEDERAL LAWS FORBID THE CARRIAGE OF HAZARDOUS MATERI
        ALS - GGAMAUSHAZ/LH 454 F 01JUN FRASFO/LH 455 A 19AUG SF
        OFRA
031/047 XF/FE SKCHG FARE RESTRICTION MAY APPLY -BG LH/LH 637 J 0
        1JUN RUHFRA/LH 454 F 01JUN FRASFO/LH 455 A 19AUG SFOFRA/
        LH 636 J 20AUG FRARUH/[redacted] MR
031/047 XF/FO 220-4878881963RUH02FEB21/71200356/220-48788819635E
        1*I/LH 637 J 01JUN RUHFRA/LH 454 F 01JUN FRASFO/LH 455 A
         19AUG SFOFRA/LH 636 J 20AUG FRARUH/[redacted] MR
031/047 XF/FV LH/LH 637 J 01JUN RUHFRA/LH 454 F 01JUN FRASFO/LH
        455 A 19AUG SFOFRA/LH 636 J 20AUG FRARUH/[redacted] MR
    047 GM/A/ LH 637 D 25MAY RUHFRA       LH 454 D 25MAY FRASFO
    047 SA/SSR RQST LH HN1 RUHFRA/02KN/LH 637 D 25MAY RUHFRA
    047 SA/*SSR PETCLHHK1 CAT-CAT 8KG OWN CRATE 55X40X23CM.KK ON
        LY CAT/DOG MUST BE CLOSED PET BOX 55X40X23CM AND MAX 8KG
        /LH 637 D 25MAY RUHFRA/[redacted] MR
    047 SA/*SSR PETCLHHK1 CAT-CAT 8KG OWN CRATE 55X40X23CM.KK ON
        LY CAT/DOG MUST BE CLOSED PET BOX 55X40X23CM AND MAX 8KG
        /LH 454 D 25MAY FRASFO/[redacted] MR
    047 AR/RM NOTIFY PASSENGER PRIOR TO TICKET PURCHASE & CHECK-
        IN: FEDERAL LAWS FORBID THE CARRIAGE OF HAZARDOUS MATERI
        ALS - GGAMAUSHAZ/LH 454 D 25MAY FRASFO/LH 455 A 19AUG SF
        OFRA
    047 AF/FE SAR1870.00 NONREF - FARE RESTRICTION MAY APPLY -BG
        :LH/LH 637 D 25MAY RUHFRA/LH 454 D 25MAY FRASFO/LH 455 A
         19AUG SFOFRA/LH 636 J 20AUG FRARUH/[redacted] MR
    047 AF/FO 220-4878881963RUH02FEB21/71200356/220-48792271162E
        1/LH 637 D 25MAY RUHFRA/LH 454 D 25MAY FRASFO/LH 455 A 1
        9AUG SFOFRA/LH 636 J 20AUG FRARUH/[redacted] MR
    047 AF/FO 220-4878881963RUH02FEB21/71200356/220-48792271162E
        1
    047 AF/FV LH
    047 AF/FV LH/LH 637 D 25MAY RUHFRA/LH 454 D 25MAY FRASFO/LH
        455 A 19AUG SFOFRA/LH 636 J 20AUG FRARUH/[redacted] MR
    047 RF-P-NMC-[redacted] CR-RUHS22842 71200356 AS 9976SH R
        UHS228E1 21APR1021Z
047/048 CS/SSR RQST LH KK1 RUHFRA/02KN/HN/LH 637 D 25MAY RUHFRA
    048 RF-1AINV ENI RM LH-0000FM  21APR1021Z
048/049 CS/SSR RQST LH HK1 RUHFRA/02KN/KK/LH 637 D 25MAY RUHFRA
047/049 CF/FV LH
047/049 AF/FV LH
    049 AF/FP O/CASH
    049 RF-ETK-P-NMC-[redacted] CR-RUHS22842 71200356 AS 9976
        SH RUHS228E1 21APR1021Z
049/050 CS/SSR RQST LH HK1 RUHFRA/02KN/HK/LH 637 D 25MAY RUHFRA
    050 RF-1AINV ENI RM LH-0000FM  21APR1021Z
    051 SA/SSR RQST LH LK1 FRASFO/06KN/LH 454 D 25MAY FRASFO
    051 RF-P-NMC-[redacted] CR-RUHS22842 71200356 AS 9976SH R
        UHS228E1 21APR1026Z
031/052 XF/FP O/INV
```

```
    052 RF-P-NMC-[redacted] CR-RUHS22842 71200356 AS 9976SH R
        UHS228E1 21APR1026Z
    053 AF/FP O/CASH+/CASH
    053 RF-P-NMC-[redacted] CR-RUHS22842 71200356 AS 9976SH R
        UHS228E1 21APR1027Z
047/054 CS/LH 637 D 25MAY 2 RUHFRA HK1 0140 0655/NN *1A/E*
047/054 CS/LH 454 D 25MAY 2 FRASFO HK1 1035 1255/NN *1A/E*
033/054 XT/TKOK 28FEB/RUHS22842//ETLH
047/054 XF/FA 220-4879227116/ETLH/SAR0.00/28FEB21/RUHS22842/7120
        0356/LH 455 A 19AUG SFOFRA/LH 636 J 20AUG FRARUH/[redacted]
        MR
033/054 XF/FB 0000000000 TTPIE3424/T4 OK ETICKET/LH 455 A 19AUG
        SFOFRA/LH 636 J 20AUG FRARUH/[redacted] MR
033/054 XF/FG 0000000000 JED1A0981/LH 455 A 19AUG SFOFRA/LH 636
        J 20AUG FRARUH/[redacted] MR
    054 AT/TKOK 21APR/RUHS22842//ETLH
    054 AF/FA 220-4880036747/ETLH/SAR16.00/21APR21/RUHS22842/712
        00356/LH 637 D 25MAY RUHFRA/LH 454 D 25MAY FRASFO/LH 455
         A 19AUG SFOFRA/LH 636 J 20AUG FRARUH/[redacted] MR
    054 AF/FA 220-1868119904/DTLH/SAR0.00/21APR21/RUHS22842/7120
        0356/[redacted] MR
    054 AF/FB 0000000000 TTPIE3424/T5/TTM OK ETICKET/EMD/LH 637
        D 25MAY RUHFRA/LH 454 D 25MAY FRASFO/LH 455 A 19AUG SFOF
        RA/LH 636 J 20AUG FRARUH/[redacted] MR
    054 AF/FB 0000000001 TTPIE3424/T5/TTM OK ETICKET/EMD/[redacted]
        MR
    054 RF-SH-NMC-[redacted] CR-RUHS22842 71200356 AS 9976SH
        RUHS228E1 21APR1027Z
    055 AR/RM EML-ITR-SENT TO [redacted] AT 21APR
        21 1028 GMT BY RUHS22842
    055 RF-TDF CR-RUHS22842 71200356 AS 9976SH 21APR1028Z
    056 AP/AP #CCT#DE#ETX
    056 OA/OSI YYYES PERSONAL DATA FOR EMAIL
    056 AR/RM PAX ADVD PRIVATE DATA OF ALL PAX IN EMAIL
    056 AR/RM BAG1/LH/ADT/RUH-SFO/0FM/NO FEE
    056 AR/RM BAG2/LH/ADT/RUH-SFO/0FM/NO FEE
    056 AR/RM BAG1/LH/ADT/SFO-RUH/0FM/NO FEE
    056 AR/RM BAG2/LH/ADT/SFO-RUH/0FM/NO FEE
    056 AR/RM BAG3/LH/ADT/SFO-RUH/0FM/NO FEE
    056 AR/RM* EMAIL[redacted]/EN
    056 RF- -LH/U140822 CR-RUHLH0100 71490812 SU 0822SH DXBLH010
        1 21APR1044Z
    057 QU/QE/FRALH07BC/1C0
    057 RF-LH/U140822 CR-RUHLH0100 71490812 SU 0822SH/ES-FFDB05A
        1 RUHLH0100 71490812 21APR1044Z
    058 AR/RM *EMAIL QUEUEING OFFICE:RUHLH0100-HIST#RUHLH0100-TO
        -15BELOW-TYPE-TRVLINFO
    058 RF- -LH/AFSQSORT CR-FRALH07BC 23499221 SU 9100QU 21APR10
        44Z
    059 QU/QE2C0-PUE3BO
    059 RF-LH/AFSQSORT CR-FRALH07BC 23499221 SU 9100QU/DS-FF9BBF
        C7 21APR1044Z
    060 QU/QX/PUE3BO/1C0
    060 RF-LH/AFSQSORT CR-FRALH07BC 23499221 SU 9100QU/DS-FF59EB
        F1 21APR1044Z
```

```
    061 QU/QX/PUE3BO/2
    061 RF-LH/PASNGRLH CR-FRALH07BC 23499221 GS 7715BC/DS-FFA804
        EC 21APR1045Z
    062 AR/RM *15BELOW*RECEIVED ON 21.04.2021 12:45H FROM RUHLH0
        100
    062 RF-15BELOW LTD PASNGR-LH/PASNGRLH CR-FRALH07BC 23499221
        GS 7715BC 21APR1045Z
058/063 XR/RM *EMAIL QUEUEING OFFICE:RUHLH0100-HIST#RUHLH0100-TO
        -15BELOW-TYPE-TRVLINFO
    063 RF-AMADEUS API CR-FRALH07BC 23499221 GS 7715BC 21APR1046
        Z
    064 AR/RM *15BELOW*TRAVELINFORMATION FORWARDED TO [redacted]
        [redacted] ON 21.04.2021 12:45H
    064 RF-15BELOW LTD PASNGR-LH/PASNGRLH CR-FRALH07BC 23499221
        GS 7715BC 21APR1046Z
051/065 SX/SSR RQST LH HK1 FRASFO/06KN/LH 454 D 25MAY FRASFO
    065 SA/SSR RQST LH LK1 FRASFO/03CN/LH 454 D 25MAY FRASFO
    065 RF- -LH/U123662 CR-RUHLH0100 71490812 SU 3662PL DXBLH010
        1 21APR1223Z
056/066 OX/OSI YYYES PERSONAL DATA FOR EMAIL
056/066 XR/RM BAG1/LH/ADT/RUH-SFO/0FM/NO FEE
056/066 XR/RM BAG2/LH/ADT/RUH-SFO/0FM/NO FEE
056/066 XR/RM BAG1/LH/ADT/SFO-RUH/0FM/NO FEE
056/066 XR/RM BAG2/LH/ADT/SFO-RUH/0FM/NO FEE
056/066 XR/RM BAG3/LH/ADT/SFO-RUH/0FM/NO FEE
056/066 XR/RM* [redacted]/EN
    066 AP/AP #CCT#DE#ETX
    066 OA/OSI YYYES PERSONAL DATA FOR EMAIL
    066 AR/RM PAX RQSTD ONLY PRIVATE DATA OF PAX ([redacted] M
        R) TO BE SENT IN EMAIL
    066 AR/RM BAG1/LH/ADT/RUH-SFO/0FM/NO FEE
    066 AR/RM BAG2/LH/ADT/RUH-SFO/0FM/NO FEE
    066 AR/RM BAG1/LH/ADT/SFO-RUH/0FM/NO FEE
    066 AR/RM BAG2/LH/ADT/SFO-RUH/0FM/NO FEE
    066 AR/RM BAG3/LH/ADT/SFO-RUH/0FM/NO FEE
    066 AR/RM* EMAIL:1[redacted] M
        R
    066 RF- -LH/U123662 CR-RUHLH0100 71490812 SU 3662PL DXBLH010
        1 21APR1225Z
    067 QU/QE/FRALH07BC/1C0
    067 RF-LH/U123662 CR-RUHLH0100 71490812 SU 3662PL/ES-FFC1ADE
        C RUHLH0100 71490812 21APR1225Z
    068 AR/RM *EMAIL QUEUEING OFFICE:RUHLH0100-HIST#RUHLH0100-TO
        -15BELOW-TYPE-TRVLINFO
    068 RF- -LH/AFSQSORT CR-FRALH07BC 23499221 SU 9100QU 21APR12
        26Z
    069 QU/QE2C0-PUE3BO
    069 RF-LH/AFSQSORT CR-FRALH07BC 23499221 SU 9100QU/DS-FF3CAD
        05 21APR1226Z
    070 QU/QX/PUE3BO/1C0
    070 RF-LH/AFSQSORT CR-FRALH07BC 23499221 SU 9100QU/DS-FF622A
        5B 21APR1226Z
066/071 OX/OSI YYYES PERSONAL DATA FOR EMAIL
066/071 XR/RM BAG1/LH/ADT/RUH-SFO/0FM/NO FEE
066/071 XR/RM BAG2/LH/ADT/RUH-SFO/0FM/NO FEE
```

```
066/071 XR/RM BAG1/LH/ADT/SFO-RUH/0FM/NO FEE
066/071 XR/RM BAG2/LH/ADT/SFO-RUH/0FM/NO FEE
066/071 XR/RM BAG3/LH/ADT/SFO-RUH/0FM/NO FEE
066/071 XR/RM* EMAIL:[redacted] M
        R
    071 AP/AP #CCT#DE#ETX
    071 OA/OSI YYYES PERSONAL DATA FOR EMAIL
    071 AR/RM PAX RQSTD ONLY PRIVATE DATA OF PAX ([redacted] M
        R) TO BE SENT IN EMAIL
    071 AR/RM BAG1/LH/ADT/RUH-SFO/0FM/NO FEE
    071 AR/RM BAG2/LH/ADT/RUH-SFO/0FM/NO FEE
    071 AR/RM BAG1/LH/ADT/SFO-RUH/0FM/NO FEE
    071 AR/RM BAG2/LH/ADT/SFO-RUH/0FM/NO FEE
    071 AR/RM BAG3/LH/ADT/SFO-RUH/0FM/NO FEE
    071 AR/RM* EMAIL:[redacted] M
        R
    071 RF- -LH/U123662 CR-RUHLH0100 71490812 SU 3662PL DXBLH010
        1 21APR1226Z
    072 QU/QE/FRALH07BC/1C0
    072 RF-LH/U123662 CR-RUHLH0100 71490812 SU 3662PL/ES-FFFD681
        9 RUHLH0100 71490812 21APR1226Z
    073 QU/QE2C0-PUE3BO
    073 RF-LH/AFSQSORT CR-FRALH07BC 23499221 SU 9100QU/DS-FF1222
        7E 21APR1226Z
    074 QU/QX/PUE3BO/1C0
    074 RF-LH/AFSQSORT CR-FRALH07BC 23499221 SU 9100QU/DS-FF80D3
        98 21APR1226Z
    075 QU/QX/PUE3BO/2
    075 RF-LH/PASNGRLH CR-FRALH07BC 23499221 GS 7715BC/DS-FF06CE
        76 21APR1227Z
068/076 XR/RM *EMAIL QUEUEING OFFICE:RUHLH0100-HIST#RUHLH0100-TO
        -15BELOW-TYPE-TRVLINFO
    076 RF-AMADEUS API CR-FRALH07BC 23499221 GS 7715BC 21APR1228
        Z
    077 AR/RM *15BELOW*RECEIVED ON 21.04.2021 14:27H FROM RUHLH0
        100
    077 RF-15BELOW LTD PASNGR-LH/PASNGRLH CR-FRALH07BC 23499221
        GS 7715BC 21APR1228Z
    078 AR/RM *15BELOW*TRAVELINFORMATION FORWARDED TO [redacted] ON 21.04.2021 14:29H
    078 RF-15BELOW LTD PASNGR-LH/PASNGRLH CR-FRALH07BC 23499221
        GS 7715BC 21APR1229Z
054/079 XF/FA 220-1868119904/DTLH/SAR0.00/21APR21/RUHS22842/7120
        0356/[redacted] MR
    079 AF/FA 220-1868119904/DRLH/SAR0.00/21APR21/RUHS22842/7120
        0356/[redacted] MR
    079 RF-TAS-NMC-[redacted] CR-RUHS22842 71200356 AS 9976SH
         RUHS228E1 22APR0806Z
    080 QU/QN/1C6D3
    080 RF-NMC-[redacted] CR-RUHS22842 71200356 AS 9976SH/ES-
        FF1A3101 RUHS22842 71200356 22APR0810Z
    081 AR/RM EML-ITR-SENT TO [redacted] A
        T 22APR21 0828 GMT BY RUHS228E1
    081 RF-TDF CR-RUHS228E1 71200356 AS 9976SH 22APR0828Z
054/082 TC/LH 454 D 25MAY 2 FRASFO TK1 1020 1240/ 1035 1255
```

```
    082 RF-REACC LH Q-0001AA CR-MUC1A0GIB 00000000    0000   RUH
        S228E1 04MAY1221Z
    083 QA/QE/RUHS22842/7C1D4
    083 RF-REACC LH Q CR- 04MAY1221Z
    084 RF-UPDATED BY 1A MAP-0001AA CR-NCE1A0955 12345675 SU 000
        1AA 04MAY1222Z
082/085 CS/LH 454 D 25MAY 2 FRASFO HK1 1020 1240/TK *1A/E*
    085 RF-ETK-P-NMC-[redacted] CR-RUHS22842 71200356 AS 9976
        SH RUHS228E1 05MAY0939Z
    086 QU/QN/7C1D4
    086 RF-NMC[redacted] CR-RUHS22842 71200356 AS 9976SH/ES-
        FFA5B00E RUHS22842 71200356 05MAY0939Z
071/087 OX/OSI YYYES PERSONAL DATA FOR EMAIL
071/087 XR/RM BAG1/LH/ADT/RUH-SFO/0FM/NO FEE
071/087 XR/RM BAG2/LH/ADT/RUH-SFO/0FM/NO FEE
071/087 XR/RM BAG1/LH/ADT/SFO-RUH/0FM/NO FEE
071/087 XR/RM BAG2/LH/ADT/SFO-RUH/0FM/NO FEE
071/087 XR/RM BAG3/LH/ADT/SFO-RUH/0FM/NO FEE
071/087 XR/RM* EMAIL[redacted] M
        R
    087 AP/AP #CCT#DE#ETX
    087 OA/OSI YYYES PERSONAL DATA FOR EMAIL
    087 AR/RM PAX RQSTD ONLY PRIVATE DATA OF PAX ([redacted] M
        R) TO BE SENT IN EMAIL
    087 AR/RM BAG1/LH/ADT/RUH-SFO/0FM/NO FEE
    087 AR/RM BAG2/LH/ADT/RUH-SFO/0FM/NO FEE
    087 AR/RM BAG1/LH/ADT/SFO-RUH/0FM/NO FEE
    087 AR/RM BAG2/LH/ADT/SFO-RUH/0FM/NO FEE
    087 AR/RM BAG3/LH/ADT/SFO-RUH/0FM/NO FEE
    087 AR/RM* EMAIL[redacted] M
        R
    087 RF- -LH/U125275 CR-RUHLH0100 71490812 SU 5275MR DXBLH010
        1 06MAY0850Z
    088 QU/QE/FRALH07BC/1C0
    088 RF-LH/U125275 CR-RUHLH0100 71490812 SU 5275MR/ES-FFB6DEE
        8 RUHLH0100 71490812 06MAY0850Z
    089 AR/RM *EMAIL QUEUEING OFFICE:RUHLH0100-HIST#RUHLH0100-TO
        -15BELOW-TYPE-TRVLINFO
    089 RF- -LH/AFSQSORT CR-FRALH07BC 23499221 SU 9100QU 06MAY08
        50Z
    090 QU/QE2C0-PUE3BO
    090 RF-LH/AFSQSORT CR-FRALH07BC 23499221 SU 9100QU/DS-FFEC6B
        17 06MAY0850Z
    091 QU/QX/PUE3BO/1C0
    091 RF-LH/AFSQSORT CR-FRALH07BC 23499221 SU 9100QU/DS-FFB0AD
        A8 06MAY0850Z
    092 QU/QX/PUE3BO/2
    092 RF-LH/PASNGRLH CR-FRALH07BC 23499221 GS 7715BC/DS-FF3408
        7A 06MAY0851Z
089/093 XR/RM *EMAIL QUEUEING OFFICE:RUHLH0100-HIST#RUHLH0100-TO
        -15BELOW-TYPE-TRVLINFO
    093 RF-AMADEUS API CR-FRALH07BC 23499221 GS 7715BC 06MAY0851
        Z
    094 AR/RM *15BELOW*RECEIVED ON 06.05.2021 10:51H FROM RUHLH0
        100
```

```
    094 RF-15BELOW LTD PASNGR-LH/PASNGRLH CR-FRALH07BC 23499221
        GS 7715BC 06MAY0851Z
    095 AR/RM *15BELOW*TRAVELINFORMATION FORWARDED TO [redacted]
        [redacted] ON 06.05.2021 10:51H
    095 RF-15BELOW LTD PASNGR-LH/PASNGRLH CR-FRALH07BC 23499221
        GS 7715BC 06MAY0851Z
    096 RF-/DCS-SYNCUS-1001FM CR-LON1A0955 00010301 SU 1001FM 21
        MAY2145Z
    097 RF-/DCS-SYNCUS-1001FM CR-LON1A0955 00010301 SU 1001FM 22
        MAY0725Z
    098 RF-/DCS-SYNCUS-0001AA CR-LON1A0955 00010301 SU 0001AA 22
        MAY0820Z
    099 RF-/DCS-SYNCUS-1304OS CR-SJJOS0053 74390083 GS 1304OS 23
        MAY0503Z
    100 RF-/DCS-SYNCUS-681217 CR-BKKLH0060 35390246 GS 681217 MB
        ALH0060 23MAY2333Z
    101 RF-EXTPURGEDATE 01JUN22-1A/EMAHIEU CR-NCE1A0955 12345675
         SU 6471EM 24MAY1056Z
    102 RF-/DCS-SYNCUS-681217 CR-RUHLH0060 71490823 GS 681217 MB
        ALH0060 24MAY1838Z
    103 RF-/DCS-SYNCUS-681217 CR-RUHLH0060 71490823 GS 681217 MB
        ALH0060 24MAY2035Z
    104 RF-/DCS-SYNCUS-681217 CR-RUHLH0060 71490823 GS 681217 MB
        ALH0060 24MAY2036Z
008/105 SX/SSR DOCSLHHK1 P/USA/[redacted]/USA/[redacted]/M/11NOV22/
        [redacted] MR
    105 SA/SSR DOCSLHHK1 P/USA/[redacted]/USA/[redacted]/M/11NOV22/J
        OHNSON/[redacted] MR
    105 RF-/DCS-IREQ-681217 CR-RUHLH0060 71490823 GS 681217 MBAL
        H0060 24MAY2036Z
    106 SA/SSR DOCSLHHK1 P/USA/[redacted]/USA/[redacted]/M/11NOV22/J
        OHNSON/NEAL LLOYD/LH 637 D 25MAY RUHFRA/[redacted] MR
    106 SA/SSR DOCSLHHK1 P/USA/[redacted]/USA/[redacted]/M/11NOV22/[redacted]
        [redacted]/LH 454 D 25MAY FRASFO/[redacted] MR
    106 RF-/DCS-IREQ-681217 CR-RUHLH0060 71490823 GS 681217 MBAL
        H0060 24MAY2036Z
    107 RF-/DCS-SYNCUS-681217 CR-RUHLH0060 71490823 GS 681217 MB
        ALH0060 24MAY2040Z
    108 AF/FV LH
    108 RF- -LH/U166770 CR-RUHLH0060 71490823 GS 681217 MBALH006
        0 24MAY2040Z
    109 AK/SK ADOK LH HK1/LH 637 D 25MAY RUHFRA/[redacted] MR
    109 RF-/DCS-IREQ-681217 CR-RUHLH0060 71490823 GS 681217 MBAL
        H0060 24MAY2054Z
    110 RF-/DCS-SYNCUS-681217 CR-RUHLH0060 71490823 GS 681217 MB
        ALH0060 24MAY2103Z
047/111 DM/A/ LH 637 D 25MAY RUHFRA       LH 454 D 25MAY FRASFO
    111 RF-/DCS-SYNCUS-681217 CR-RUHLH0060 71490823 GS 681217 MB
        ALH0060 24MAY2157Z
    112 RF-/DCS-SYNCUS-681217 CR-RUHLH0060 71490823 GS 681217 MB
        ALH0060 24MAY2204Z
    113 RF-/DCS-SYNCUS-681217 CR-RUHLH0060 71490823 GS 681217 MB
        ALH0060 24MAY2204Z
    114 RF-/DCS-SYNCUS-681217 CR-RUHLH0060 71490823 GS 681217 MB
        ALH0060 24MAY2204Z
```

```
    115 RF-/DCS-SYNCUS-681217 CR-RUHLH0060 71490823 GS 681217 MB
        ALH0060 24MAY2205Z
    116 RF-/DCS-SYNCUS-681217 CR-RUHLH0060 71490823 GS 681217 MB
        ALH0060 24MAY2205Z
108/117 CF/FV LH
108/117 AF/FV LH
    117 AF/FP CCAXXXXXXXXXXXX[redacted]
    117 RF- -LH/U713739 CR-RUHLH0050 71490823 SU 3739BA YPQLH005
        0 24MAY2206Z
117/118 CF/FP CCAXXXXXXXXXXXX[redacted]
117/118 AF/FP CCAXXXXXXXXXXXX[redacted]/A474602
117/118 CF/FV LH
117/118 AF/FV LH
    118 AF/FA 220-1871047543/DTLH/SAR474.00/25MAY21/RUHLH0050/71
        490823/[redacted] MR
    118 AF/FB 0000000000 TTM/M2/RT OK EMD/[redacted] MR
    118 RF-BA-LH/U713739 CR-RUHLH0050 71490823 SU 3739BA YPQLH00
        50 24MAY2206Z
009/119 XF/FM *M*0
    119 RF- -LH/U713739 CR-RUHLH0050 71490823 SU 3739BA YPQLH005
        0 24MAY2207Z
    120 AR/RM ISSUED EMD2201871047543 ON BEHALF OF [redacted] FROM R
        UH SX//YPQRBC/BA/24MAY21
    120 RF- -LH/U713739 CR-RUHLH0050 71490823 SU 3739BA YPQLH005
        0 24MAY2207Z
    121 RF-/DCS-SYNCUS-681217 CR-RUHLH0061 71490823 GS 681217 MB
        ALH0060 24MAY2221Z
    122 RF-/DCS-SYNCUS-1001FM CR-LON1A0955 00010301 SU 1001FM 25
        MAY0508Z
    123 RF-/DCS-SYNCUS-681217 CR-FRALH0061 23491193 GS 681217 MB
        ALH0060 25MAY0757Z
    124 RF-/DCS-SYNCUS-681217 CR-FRALH0060 23491193 GS 681217 MB
        ALH0060 25MAY1722Z
    125 RF-/DCS-SYNCUS-1001FM CR-LON1A0955 00010301 SU 1001FM 25
        MAY1950Z
    126 RF-EXTPURGEDATE 01JUN22-1A/EMAHIEU CR-NCE1A0955 12345675
         SU 6471EM 13JUL0911Z
015/127 TC/LH 636 J 20AUG 5 FRARUH TK1 1200 1855/ 1300 1955
    127 RF-REACC LH Q-0001AA CR-MUC1A0GIB 00000000    0000   NCE
        1A0955 28JUL0634Z
    128 QA/QE/RUHS22842/7C1D4
    128 RF-REACC LH Q CR- 28JUL0634Z
    129 RF-UPDATED BY 1A MAP-0001AA CR-NCE1A0955 12345675 SU 000
        1AA 28JUL0635Z
127/130 CS/LH 636 J 20AUG 5 FRARUH HK1 1200 1855/TK *1A/E*
    130 RF-ETK-P-NMC-[redacted] CR-RUHS22842 71200356 AS 9976
        SH RUHS228E1 02AUG0623Z
    131 QU/QN/7C1D4
    131 RF-NMC-[redacted] CR-RUHS22842 71200356 AS 9976SH/ES-
        FFEE2983 RUHS22842 71200356 02AUG0623Z
    132 RF-REBUILD 836006349 LH455:19AUG21 CR-NCE1A0955 A4160AMS
        U-4160AM/NCE1A0955  05AUG1942Z
    133 RF-/DCS-SYNCUS-1001FM CR-LON1A0955 00010301 SU 1001FM 16
        AUG2100Z
    134 RF-/DCS-SYNCUS-0001AA CR-LON1A0955 00010301 SU 0001AA 16
```

```
    AUG2155Z
135 RF-/DCS-SYNCUS-1001FM CR-LON1A0955 00010301 SU 1001FM 17
    AUG0905Z
136 RF-/DCS-SYNCUS-1001FM CR-LON1A0955 00010301 SU 1001FM 17
    AUG2055Z
137 RF-/DCS-SYNCUS-681217 CR-SFOLH0060 05997795 GS 681217 MB
    ALH0060 19AUG2025Z
138 RF-/DCS-SYNCUS-681217 CR-SFOLH0060 05997795 GS 681217 MB
    ALH0060 19AUG2028Z
139 SA/SSR DOCSLHHK1 P/USA/[redacted]/USA/[redacted]/M/11NOV22/J
    OHNSON/NEAL LLOYD/LH 455 A 19AUG SFOFRA/[redacted] MR
139 SA/SSR DOCSLHHK1 P/USA/[redacted]/USA/30AUG57/M/11NOV22/J
    OHNSON/NEAL LLOYD/LH 636 J 20AUG FRARUH/[redacted] MR
139 RF-/DCS-IREQ-681217 CR-SFOLH0060 05997795 GS 681217 MBAL
    H0060 19AUG2030Z
140 SA/SSR DOCOLHHK1 /V/164964730/SAU//SAU/LH 636 J 20AUG FR
    ARUH/[redacted] MR
140 RF-/DCS-IREQ-681217 CR-SFOLH0060 05997795 GS 681217 MBAL
    H0060 19AUG2031Z
141 RF-/DCS-SYNCUS-681217 CR-SFOLH0060 05997795 GS 681217 MB
    ALH0060 19AUG2031Z
142 SA/SSR DOCOLHHK1 /V/164964730/SAU//SAU/LH 455 A 19AUG SF
    OFRA/[redacted] MR
142 RF-/DCS-IREQ-681217 CR-SFOLH0060 05997795 GS 681217 MBAL
    H0060 19AUG2032Z
143 RF-/DCS-SYNCUS-681217 CR-SFOLH0060 05997795 GS 681217 MB
    ALH0060 19AUG2032Z
144 AK/SK ADOK LH HK1/LH 455 A 19AUG SFOFRA/[redacted] MR
144 AK/SK ADOK LH HK1/LH 636 J 20AUG FRARUH/[redacted] MR
144 RF-/DCS-IREQ-681217 CR-SFOLH0060 05997795 GS 681217 MBAL
    H0060 19AUG2033Z
145 RF-/DCS-SYNCUS-681217 CR-SFOLH0060 05997795 GS 681217 MB
    ALH0060 19AUG2033Z
146 RF-/DCS-SYNCUS-681217 CR-SFOLH0060 05997795 GS 681217 MB
    ALH0060 19AUG2033Z
147 RF-/DCS-SYNCUS-681217 CR-SFOLH0060 05997795 GS 681217 MB
    ALH0060 19AUG2033Z
148 RF-/DCS-SYNCUS-681217 CR-SFOLH0060 05997795 GS 681217 MB
    ALH0060 19AUG2033Z
149 RF-/DCS-SYNCUS-681217 CR-SFOLH0060 05997795 GS 681217 MB
    ALH0060 19AUG2035Z
150 RF-/DCS-SYNCUS-681217 CR-SFOLH0060 05997795 GS 681217 MB
    ALH0060 19AUG2036Z
000/151 DM/A/ LH 636 J 20AUG FRARUH       LH 455 A 19AUG SFOFRA
151 RF-/DCS-SYNCUS-681217 CR-SFOLH0061 05997795 GS 681217 MB
    ALH0060 19AUG2130Z
152 RF-/DCS-SYNCUS-1001FM CR-LON1A0955 00010301 SU 1001FM 20
    AUG0847Z
153 RF-/DCS-SYNCUS-681217 CR-FRALH0061 23491193 GS 681217 MB
    ALH0060 20AUG0936Z
154 RF-/DCS-SYNCUS-1001FM CR-LON1A0955 00010301 SU 1001FM 20
    AUG1638Z
```

# EXHIBIT B

```
PDR * READ MODE *
NYCLH010A/6975SA/GS                                   26OCT23/1308Z
RPP/LH637/25MAY21*T(D)
    000 ON/[redacted] MR
    000 OS/LH 637 D 25MAY 2 RUHFRA LK1 0155 0710/NN *1A/E*
    000 OS/LH 454 D 25MAY 2 FRASFO LK1 1020 1235/NN *1A/E*
    000 OS/LH 455 A 19AUG 4 SFOFRA LK1 1440 1030+1/NN *1A/E*
    000 OS/LH 636 J 20AUG 5 FRARUH LK1 1300 1955/NN *1A/E*
    000 OM/A/ LH 455 A 19AUG SFOFRA       LH 636 J 20AUG FRARUH
    000 OM/A/ LH 637 D 25MAY RUHFRA       LH 454 D 25MAY FRASFO
    000 OP/AP RUH 966 11 464 8810 - ACE TRAVEL - A
    000 OT/TKOK 31JAN/RUHS22842
    000 KO/RM NOTIFY PASSENGER PRIOR TO TICKET PURCHASE & CHECK-
        IN: FEDERAL LAWS FORBID THE CARRIAGE OF HAZARDOUS MATERI
        ALS - GGAMAUSHAZ/LH 454 D 25MAY FRASFO/LH 455 A 19AUG SF
        OFRA
    000 RF-P CR-RUHS22842 71200356 AS 9976SH RUHS228E1 31JAN0857
        Z
    001 RF-1AINV ENI RM LH  31JAN0857Z
    002 SA/SSR OTHS1A PLS ADV TKT NBR BY 14MAY21/2359Z OR LH OPT
        G/MKTG FLTS WILL BE CANX / APPLIC FARE RULE APPLIES IF I
        T DEMANDS
    002 SA/SSR OTHS1A /// EARLIER TKTG
    002 RF-FRALH07RI CR-FRALH07RI 00000000 RC 9999WS 31JAN0857Z
    003 QA/QE/RUHS22842/1C6D4
    003 RF-SSR OTHS ADDITION CR-FRALH07RI 00000000 RC 9999WS 31J
        AN0857Z
000/004 XS/LH 637 D 25MAY 2 RUHFRA HK1 0155 0710/NN *1A/E*
000/004 XS/LH 454 D 25MAY 2 FRASFO HK1 1020 1235/NN *1A/E*
    004 AS/LH 637 J 28MAY 5 RUHFRA LK1 0155 0710/NN *1A/E*
    004 AS/LH 454 F 28MAY 5 FRASFO LK1 1020 1235/NN *1A/E*
000/004 DM/A/ LH 637 D 25MAY RUHFRA       LH 454 D 25MAY FRASFO
000/004 XR/RM NOTIFY PASSENGER PRIOR TO TICKET PURCHASE & CHECK-
        IN: FEDERAL LAWS FORBID THE CARRIAGE OF HAZARDOUS MATERI
        ALS - GGAMAUSHAZ/LH 454 D 25MAY FRASFO/LH 455 A 19AUG SF
        OFRA
    004 GM/A/ LH 637 J 28MAY RUHFRA       LH 454 F 28MAY FRASFO
    004 AR/RM NOTIFY PASSENGER PRIOR TO TICKET PURCHASE & CHECK-
        IN: FEDERAL LAWS FORBID THE CARRIAGE OF HAZARDOUS MATERI
        ALS - GGAMAUSHAZ/LH 454 F 28MAY FRASFO/LH 455 A 19AUG SF
        OFRA
    004 AF/FE FARE RESTRICTION MAY APPLY -BG:LH/LH 637 J 28MAY R
        UHFRA/LH 454 F 28MAY FRASFO/LH 455 A 19AUG SFOFRA/LH 636
         J 20AUG FRARUH/[redacted] MR
    004 AF/FV LH/LH 637 J 28MAY RUHFRA/LH 454 F 28MAY FRASFO/LH
        455 A 19AUG SFOFRA/LH 636 J 20AUG FRARUH[redacted] M
        R
    004 RF-P CR-RUHS22842 71200356 AS 9976SH RUHS228E1 31JAN1138
        Z
    005 RF-1AINV ENI RM LH  31JAN1138Z
    006 SA/SSR OTHS1A PLS ADV TKT NBR BY 17MAY21/2359Z OR LH OPT
        G/MKTG FLTS WILL BE CANX / APPLIC FARE RULE APPLIES IF I
        T DEMANDS
    006 SA/SSR OTHS1A /// EARLIER TKTG
    006 RF-FRALH07RI CR-FRALH07RI 00000000 RC 9999WS 31JAN1138Z
```

```
    007 QU/QN/1C6D4
    007 RF-NMC-[redacted] CR-RUHS22842 71200356 AS 9976SH/ES-
        FF37D9CF RUHS22842 71200356 01FEB0948Z
004/008 XF/FE FARE RESTRICTION MAY APPLY -BG:LH/LH 637 J 28MAY R
        UHFRA/LH 454 F 28MAY FRASFO/LH 455 A 19AUG SFOFRA/LH 636
         J 20AUG FRARUH/[redacted] MR
004/008 XF/FV LH/LH 637 J 28MAY RUHFRA/LH 454 F 28MAY FRASFO/LH
        455 A 19AUG SFOFRA/LH 636 J 20AUG FRARUH/[redacted] M
        R
    008 AF/FE FARE RESTRICTION MAY APPLY -BG:LH/LH 637 J 28MAY R
        UHFRA/LH 454 F 28MAY FRASFO/LH 455 A 19AUG SFOFRA/LH 636
         J 20AUG FRARUH/[redacted] MR
    008 AF/FV LH/LH 637 J 28MAY RUHFRA/LH 454 F 28MAY FRASFO/LH
        455 A 19AUG SFOFRA/LH 636 J 20AUG FRARUH/[redacted] M
        R
    008 RF-P CR-RUHS22842 71200356 AS 9976SH RUHS228E1 02FEB0807
        Z
    009 SA/SSR DOCSLHHK1 P/SAU/U815844/SAU/[redacted]/M/[redacted]
        [redacted]/[redacted] MR
    009 RF-P CR-RUHS22842 71200356 AS 9976SH RUHS228E1 02FEB0829
        Z
    010 AF/FM *M*0
    010 RF-P CR-RUHS22842 71200356 AS 9976SH RUHS228E1 02FEB0829
        Z
    011 SA/SSR RQST LH LK1 RUHFRA/01HN/LH 637 J 28MAY RUHFRA
    011 SA/SSR RQST LH LK1 FRASFO/02KN/LH 454 F 28MAY FRASFO
    011 SA/SSR RQST LH LK1 SFOFRA/02KN/LH 455 A 19AUG SFOFRA
    011 SA/SSR RQST LH LK1 FRARUH/01HN/LH 636 J 20AUG FRARUH
    011 RF-P CR-RUHS22842 71200356 AS 9976SH RUHS228E1 02FEB0830
        Z
    012 AF/FP CCAXXXXXXXXXXXX7136/1124
    012 RF-P CR-RUHS22842 71200356 AS 9976SH RUHS228E1 02FEB0830
        Z
004/013 CS/LH 637 J 28MAY 5 RUHFRA HK1 0155 0710/NN *1A/E*
004/013 CS/LH 454 F 28MAY 5 FRASFO HK1 1020 1235/NN *1A/E*
000/013 CS/LH 455 A 19AUG 4 SFOFRA HK1 1440 1030+1/NN *1A/E*
000/013 CS/LH 636 J 20AUG 5 FRARUH HK1 1300 1955/NN *1A/E*
012/013 CF/FP CCAXXXXXXXXXXXX7136/1124
012/013 AF/FP CCAXXXXXXXXXXXX7136/1124/A244695/LH 637 J 28MAY RU
        HFRA/LH 454 F 28MAY FRASFO/LH 455 A 19AUG SFOFRA/LH 636
        J 20AUG FRARUH/[redacted]MR
000/013 XT/TKOK 31JAN/RUHS22842
    013 AT/TKOK 02FEB/RUHS22842//ETLH
    013 AF/FA 220-4878881966/ETLH/SAR34272.00/02FEB21/RUHS22842/
        71200356/LH 637 J 28MAY RUHFRA/LH 454 F 28MAY FRASFO/LH
        455 A 19AUG SFOFRA/LH 636 J 20AUG FRARUH/[redacted] M
        R
    013 AF/FB 0000000000 TTPIE3424/ITR-[redacted] OK ETICKET/LH 637 J 28MAY RUHFRA/LH 454 F 28MAY FRA
        SFO/LH 455 A 19AUG SFOFRA/LH 636 J 20AUG FRARUH/[redacted] MR
    013 AF/FG 0000000000 JED1A0981/LH 637 J 28MAY RUHFRA/LH 454
        F 28MAY FRASFO/LH 455 A 19AUG SFOFRA/LH 636 J 20AUG FRAR
        UH/[redacted] MR
    013 RF-SH CR-RUHS22842 71200356 AS 9976SH RUHS228E1 02FEB083
```

```
       3Z
   014 SA/SSR OTHS1A PLS PROVIDE PAX CTC DATA VIA SSR CTCM OR C
       TCE
   014 RF- -LH/AFSTST CR-FRALH07QP 00000000 SU 7770QP 02FEB0833
       Z
   015 AR/RM EML-ITR-SENT TO [redacted] AT 02FEB
       21 0833 GMT BY RUHS22842
   015 RF-TDF CR-RUHS22842 71200356 AS 9976SH 02FEB0833Z
   016 QA/QE/RUHS22842/1C6D4
   016 RF-SSR OTHS ADDITION CR-FRALH07QP 00000000 SU 7770QP 02F
       EB0833Z
   017 AP/APE [redacted]
   017 OA/OSI YYCTCM 966505635833
   017 RF-P CR-RUHS22842 71200356 AS 9976SH RUHS228E1 02FEB0835
       Z
   018 QU/QN/1C6D4
   018 RF-NMC[redacted] CR-RUHS22842 71200356 AS 9976SH/ES-
       FF06DA96 RUHS22842 71200356 02FEB1254Z
   019 SA/SSR OTHS1A UPC LOSS OF CABIN/LH454/28MAY/LH455/19AUG/
       PLS CTC FCL SERVICE 00496986799444
   019 SA/SSR OTHS1A MANYTHX/BERXR/TS/23FEB/FCL SERVICE
   019 RF- -LH/U556107 CR-KSFLH0218 23494450 GS 261156 DELLH022
       4 23FEB1113Z
   020 QA/QE/RUHS22842/1C6D4
   020 RF-SSR OTHS ADDITION CR-KSFLH0218 23494450 GS 261156 23F
       EB1113Z
   021 QU/QN/1C6D4
   021 RF-NMC-[redacted] CR-RUHS22842 71200356 AS 9976SH/ES-
       FF9C2802 RUHS22842 71200356 23FEB1356Z
013/022 TC/LH 455 A 19AUG 4 SFOFRA TK1 1455 1045+1/ 1440 1030+1
   022 RF-REACC LH Q CR-MUC1A0GIB 00000000    0000   DELLH0224
       25FEB1820Z
   023 QA/QE/RUHS22842/7C1D4
   023 RF-REACC LH Q CR- 25FEB1820Z
   024 RF-UPDATED BY 1A MAP CR-NCE1A0955 12345675 SU 0001AA 25F
       EB1821Z
013/025 CS/LH 454 F 28MAY 5 FRASFO UN1 1020 1235/HK *1A/E*
   025 AS/LH 454 J 28MAY 5 FRASFO TK1 1035 1255/TK     E*
011/025 CS/SSR RQST LH UN1 FRASFO/02KN/HK/LH 454 F 28MAY FRASFO
013/025 CF/FA 220-4878881966/ETLH/SAR34272.00/02FEB21/RUHS22842/
       71200356/LH 454 F 28MAY FRASFO/LH 637 J 28MAY RUHFRA/LH
       455 A 19AUG SFOFRA/LH 636 J 20AUG FRARUH/[redacted] M
       R
013/025 AF/FA 220-4878881966/ETLH/SAR34272.00/02FEB21/RUHS22842/
       71200356/LH 637 J 28MAY RUHFRA/LH 455 A 19AUG SFOFRA/LH
       636 J 20AUG FRARUH[redacted] MR
013/025 CF/FB 0000000000 TTPIE3424/ITR-[redacted] OK ETICKET/LH 454 F 28MAY FRASFO/LH 637 J 28MAY RUH
       FRA/LH 455 A 19AUG SFOFRA/LH 636 J 20AUG FRARUH/[redacted] MR
013/025 AF/FB 0000000000 TTPIE3424/ITR-EML-[redacted] OK ETICKET/LH 637 J 28MAY RUHFRA/LH 455 A 19AUG SFO
       FRA/LH 636 J 20AUG FRARUH/[redacted] MR
013/025 CF/FP CCAXXXXXXXXXXXX[redacted]/[redacted]/A244695/LH 454 F 28MAY FR
       ASFO/LH 637 J 28MAY RUHFRA/LH 455 A 19AUG SFOFRA/LH 636
```

```
        J 20AUG FRARUH/[redacted] MR
013/025 AF/FP CCAXXXXXXXXXXX7136/1124/A244695/LH 637 J 28MAY RU
        HFRA/LH 455 A 19AUG SFOFRA/LH 636 J 20AUG FRARUH/[redacted] MR
004/025 DM/A/ LH 637 J 28MAY RUHFRA       LH 454 F 28MAY FRASFO
004/025 XR/RM NOTIFY PASSENGER PRIOR TO TICKET PURCHASE & CHECK-
        IN: FEDERAL LAWS FORBID THE CARRIAGE OF HAZARDOUS MATERI
        ALS - GGAMAUSHAZ/LH 454 F 28MAY FRASFO/LH 455 A 19AUG SF
        OFRA
    025 SA/SSR RQST LH KK1 FRASFO/03K/LH 454 J 28MAY FRASFO
    025 AR/RM NOTIFY PASSENGER PRIOR TO TICKET PURCHASE & CHECK-
        IN: FEDERAL LAWS FORBID THE CARRIAGE OF HAZARDOUS MATERI
        ALS - GGAMAUSHAZ/LH 454 F 28MAY FRASFO/LH 454 J 28MAY FR
        ASFO/LH 455 A 19AUG SFOFRA
    025 RF-REACC LH Q CR-MUC1A0GIB 00000000    0000   NCE1A0955
        25FEB1826Z
025/026 XF/FA 220-4878881966/ETLH/SAR34272.00/02FEB21/RUHS22842/
        71200356/LH 637 J 28MAY RUHFRA/LH 455 A 19AUG SFOFRA/LH
        636 J 20AUG FRARUH/[redacted] MR
    026 AF/FA 220-4878881966/ETLH/SAR34272.00/25FEB21/FRALH0ERS/
        23499906/LH 637 J 28MAY RUHFRA/LH 454 J 28MAY FRASFO/LH
        455 A 19AUG SFOFRA/LH 636 J 20AUG FRARUH/[redacted] M
        R
    026 RF-BB CR-FRALH0ERS 23499906 SU 0011BB BERLH0ERS 25FEB182
        6Z
    027 RF-UPDATED BY 1A MAP CR-NCE1A0955 12345675 SU 0001AA 25F
        EB1828Z
    028 QU/QE/BOMLX0707/62C0-PUE43N
    028 RF-LH/WSLHNSA CR-FRALH0808 00000000 SU 9999WS/DS-FFD8644
        C 27FEB1713Z
    029 QU/QN/7C1D4
    029 RF-NMC-[redacted] CR-RUHS22842 71200356 AS 9976SH/ES-
        FF32D448 RUHS22842 71200356 28FEB0807Z
013/030 XS/LH 637 J 28MAY 5 RUHFRA HK1 0155 0710/NN *1A/E*
025/030 XS/LH 454 F 28MAY 5 FRASFO UN1 1020 1235/HK *1A/E*
025/030 XS/LH 454 J 28MAY 5 FRASFO TK1 1035 1255/TK     E*
    030 AS/LH 637 J 01JUN 2 RUHFRA LK1 0155 0710/NN *1A/E*
    030 AS/LH 454 F 01JUN 2 FRASFO LK1 1035 1250/NN *1A/E*
026/030 CF/FA 220-4878881966/ETLH/SAR34272.00/25FEB21/FRALH0ERS/
        23499906/LH 637 J 28MAY RUHFRA/LH 454 J 28MAY FRASFO/LH
        455 A 19AUG SFOFRA/LH 636 J 20AUG FRARUH/[redacted] M
        R
026/030 AF/FA 220-4878881966/ETLH/SAR34272.00/25FEB21/FRALH0ERS/
        23499906/LH 455 A 19AUG SFOFRA/LH 636 J 20AUG FRARUH/[redacted]MR
013/030 CF/FB 0000000000 TTPIE3424/ITR-[redacted] OK ETICKET/LH 637 J 28MAY RUHFRA/LH 455 A 19AUG SFO
        FRA/LH 636 J 20AUG FRARUH/[redacted] MR
013/030 AF/FB 0000000000 TTPIE3424/ITR-[redacted] OK ETICKET/LH 455 A 19AUG SFOFRA/LH 636 J 20AUG FRA
        RUH/[redacted] MR
013/030 CF/FG 0000000000 JED1A0981/LH 637 J 28MAY RUHFRA/LH 454
        F 28MAY FRASFO/LH 455 A 19AUG SFOFRA/LH 636 J 20AUG FRAR
        UH/[redacted] MR
013/030 AF/FG 0000000000 JED1A0981/LH 455 A 19AUG SFOFRA/LH 636
```

```
       J 20AUG FRARUH/[redacted] MR
013/030 CF/FP CCAXXXXXXXXXXXX[redacted]/A244695/LH 637 J 28MAY RU
        HFRA/LH 455 A 19AUG SFOFRA/LH 636 J 20AUG FRARUH
013/030 AF/FP O/CCAX/LH 637 J 01JUN RUHFRA/LH 454 F 01JUN FRASFO
        /LH 455 A 19AUG SFOFRA/LH 636 J 20AUG FRARUH/[redacted] MR
011/030 SX/SSR RQST LH HK1 RUHFRA/01HN/LH 637 J 28MAY RUHFRA
025/030 SX/SSR RQST LH UN1 FRASFO/02KN/LH 454 F 28MAY FRASFO
025/030 SX/SSR RQST LH KK1 FRASFO/03K/LH 454 J 28MAY FRASFO
025/030 XR/RM NOTIFY PASSENGER PRIOR TO TICKET PURCHASE & CHECK-
        IN: FEDERAL LAWS FORBID THE CARRIAGE OF HAZARDOUS MATERI
        ALS - GGAMAUSHAZ/LH 454 F 28MAY FRASFO/LH 454 J 28MAY FR
        ASFO/LH 455 A 19AUG SFOFRA
008/030 XF/FE FARE RESTRICTION MAY APPLY -BG:LH/LH 637 J 28MAY R
        UHFRA/LH 454 F 28MAY FRASFO/LH 455 A 19AUG SFOFRA/LH 636
         J 20AUG FRARUH/[redacted] MR
008/030 XF/FV LH/LH 637 J 28MAY RUHFRA/LH 454 F 28MAY FRASFO/LH
        455 A 19AUG SFOFRA/LH 636 J 20AUG FRARUH/[redacted] M
        R
    030 GM/A/ LH 637 J 01JUN RUHFRA       LH 454 F 01JUN FRASFO
    030 SA/SSR RQST LH HN1 RUHFRA/01HN/LH 637 J 01JUN RUHFRA
    030 AR/RM NOTIFY PASSENGER PRIOR TO TICKET PURCHASE & CHECK-
        IN: FEDERAL LAWS FORBID THE CARRIAGE OF HAZARDOUS MATERI
        ALS - GGAMAUSHAZ/LH 454 F 01JUN FRASFO/LH 455 A 19AUG SF
        OFRA
    030 AF/FE SKCHG FARE RESTRICTION MAY APPLY -BG LH/LH 637 J 0
        1JUN RUHFRA/LH 454 F 01JUN FRASFO/LH 455 A 19AUG SFOFRA/
        LH 636 J 20AUG FRARUH/[redacted] MR
    030 AF/FO 220-4878881966RUH02FEB21/71200356/220-48788819661E
        1*I/LH 637 J 01JUN RUHFRA/LH 454 F 01JUN FRASFO/LH 455 A
         19AUG SFOFRA/LH 636 J 20AUG FRARUH/[redacted] MR
    030 AF/FV LH/LH 637 J 01JUN RUHFRA/LH 454 F 01JUN FRASFO/LH
        455 A 19AUG SFOFRA/LH 636 J 20AUG FRARUH/[redacted] M
        R
    030 RF-P CR-RUHS22842 71200356 AS 9976SH RUHS228E1 28FEB0934
        Z
030/031 CS/SSR RQST LH KK1 RUHFRA/01HN/HN/LH 637 J 01JUN RUHFRA
    031 RF-1AINV ENI RM LH  28FEB0934Z
022/032 CS/LH 455 A 19AUG 4 SFOFRA HK1 1455 1045+1/TK *1A/E*
031/032 CS/SSR RQST LH HK1 RUHFRA/01HN/KK/LH 637 J 01JUN RUHFRA
    032 SA/SSR RQST LH LK1 FRASFO/03DN/LH 454 F 01JUN FRASFO
    032 RF-ETK-P CR-RUHS22842 71200356 AS 9976SH RUHS228E1 28FEB
        0935Z
032/033 CS/SSR RQST LH HK1 RUHFRA/01HN/HK/LH 637 J 01JUN RUHFRA
    033 RF-1AINV ENI RM LH  28FEB0935Z
030/034 CS/LH 637 J 01JUN 2 RUHFRA HK1 0155 0710/NN *1A/E*
030/034 CS/LH 454 F 01JUN 2 FRASFO HK1 1035 1250/NN *1A/E*
013/034 XT/TKOK 02FEB/RUHS22842//ETLH
030/034 XF/FA 220-4878881966/ETLH/SAR34272.00/25FEB21/FRALH0ERS/
        23499906/LH 455 A 19AUG SFOFRA/LH 636 J 20AUG FRARUH/[redacted] MR
013/034 XF/FB 0000000000 TTPIE3424/ITR-EML-[redacted] OK ETICKET/LH 455 A 19AUG SFOFRA/LH 636 J 20AUG FRA
        RUH/[redacted] MR
013/034 XF/FG 0000000000 JED1A0981/LH 455 A 19AUG SFOFRA/LH 636
```

```
       J 20AUG FRARUH/[redacted] MR
   034 AT/TKOK 28FEB/RUHS22842//ETLH
   034 AF/FA 220-4879227115/ETLH/SAR0.00/28FEB21/RUHS22842/7120
       0356/LH 637 J 01JUN RUHFRA/LH 454 F 01JUN FRASFO/LH 455
       A 19AUG SFOFRA/LH 636 J 20AUG FRARUH/[redacted] MR
   034 AF/FB 0000000000 TTPIE3424/T3 OK ETICKET/LH 637 J 01JUN
       RUHFRA/LH 454 F 01JUN FRASFO/LH 455 A 19AUG SFOFRA/LH 63
       6 J 20AUG FRARUH/[redacted] MR
   034 AF/FG 0000000000 JED1A0981/LH 637 J 01JUN RUHFRA/LH 454
       F 01JUN FRASFO/LH 455 A 19AUG SFOFRA/LH 636 J 20AUG FRAR
       UH/[redacted] MR
   034 RF-SH CR-RUHS22842 71200356 AS 9976SH RUHS228E1 28FEB093
       5Z
   035 QU/QR62
   035 RF-LX/YSKE CR-BOMLX0707 00010006 RC 0014AA/ES-FF67DE8B B
       OMLX0707 00010006 02MAR1349Z
   036 AR/RM EML-ITI-SENT TO [redacted] AT 03MAR
       21 1322 GMT BY RUHS22842([redacted])
   036 RF-DDIP PROC 03MAR CR-MUC1A0701 00000000 AS 9976SH 03MAR
       1322Z
034/037 TC/LH 637 J 01JUN 2 RUHFRA TK1 0140 0655/ 0155 0710
   037 RF-REACC LH Q-0001AA CR-MUC1A0GIB 00000000    0000   RUH
       S228E1 09APR1319Z
   038 QA/QE/RUHS22842/7C1D4
   038 RF-REACC LH Q CR- 09APR1319Z
   039 RF-UPDATED BY 1A MAP-0001AA CR-NCE1A0955 12345675 SU 000
       1AA 09APR1319Z
037/040 CS/LH 637 J 01JUN 2 RUHFRA HK1 0140 0655/TK *1A/E*
   040 RF-ETK-P-NMC-[redacted] CR-RUHS22842 71200356 AS 9976
       SH RUHS228E1 10APR0741Z
   041 QU/QN/7C1D4
   041 RF-NMC-[redacted] CR-RUHS22842 71200356 AS 9976SH/ES-
       FFE90636 RUHS22842 71200356 10APR0741Z
   042 SA/SSR AVIHLHHK1 CAT-CAT 10KG OWN CRATE 55X40X23CM.DIMS
       OF CRATE MUST NOT EXCEED L125XW75XH85CM/LH 637 J 01JUN R
       UHFRA[redacted] MR
   042 SA/SSR AVIHLHHK1 CAT-CAT 10KG OWN CRATE 55X40X23CM.DIMS
       OF CRATE MUST NOT EXCEED L125XW75XH85CM/LH 454 F 01JUN F
       RASFO/[redacted] MR
   042 RF- -LH/U125282 CR-RUHLH0100 71490812 SU 5282MS DXBLH010
       1 19APR1113Z
040/043 XS/LH 637 J 01JUN 2 RUHFRA HK1 0140 0655/TK *1A/E*
034/043 XS/LH 454 F 01JUN 2 FRASFO HK1 1035 1250/NN *1A/E*
   043 AS/LH 637 D 25MAY 2 RUHFRA LK1 0140 0655/NN *1A/E*
   043 AS/LH 454 D 25MAY 2 FRASFO LK1 1035 1255/NN *1A/E*
   043 AS/SVC LH HK1 RSVR/HK [redacted] MR
034/043 CF/FA 220-4879227115/ETLH/SAR0.00/28FEB21/RUHS22842/7120
       0356/LH 637 J 01JUN RUHFRA/LH 454 F 01JUN FRASFO/LH 455
       A 19AUG SFOFRA/LH 636 J 20AUG FRARUH/[redacted] MR
034/043 AF/FA 220-4879227115/ETLH/SAR0.00/28FEB21/RUHS22842/7120
       0356/LH 455 A 19AUG SFOFRA/LH 636 J 20AUG FRARUH/[redacted]MR
034/043 CF/FB 0000000000 TTPIE3424/T3 OK ETICKET/LH 637 J 01JUN
       RUHFRA/LH 454 F 01JUN FRASFO/LH 455 A 19AUG SFOFRA/LH 63
       6 J 20AUG FRARUH/[redacted] MR
```

```
034/043 AF/FB 0000000000 TTPIE3424/T3 OK ETICKET/LH 455 A 19AUG
        SFOFRA/LH 636 J 20AUG FRARUH/[redacted] MR
034/043 CF/FG 0000000000 JED1A0981/LH 637 J 01JUN RUHFRA/LH 454
        F 01JUN FRASFO/LH 455 A 19AUG SFOFRA/LH 636 J 20AUG FRAR
        UH/[redacted] MR
034/043 AF/FG 0000000000 JED1A0981/LH 455 A 19AUG SFOFRA/LH 636
        J 20AUG FRARUH/[redacted] MR
030/043 CF/FP O/CCAX/LH 637 J 01JUN RUHFRA/LH 454 F 01JUN FRASFO
        /LH 455 A 19AUG SFOFRA/LH 636 J 20AUG FRARUH/[redacted] MR
030/043 AF/FP O/CCAX/LH 455 A 19AUG SFOFRA/LH 636 J 20AUG FRARUH
        /[redacted] MR
030/043 DM/A/ LH 637 J 01JUN RUHFRA       LH 454 F 01JUN FRASFO
033/043 SX/SSR RQST LH HK1 RUHFRA/01HN/LH 637 J 01JUN RUHFRA
032/043 SX/SSR RQST LH HK1 FRASFO/03DN/LH 454 F 01JUN FRASFO
042/043 SX/SSR AVIHLHHK1 CAT-CAT 10KG OWN CRATE 55X40X23CM.DIMS
        OF CRATE MUST NOT EXCEED L125XW75XH85CM/LH 637 J 01JUN R
        UHFRA/[redacted] MR
042/043 SX/SSR AVIHLHHK1 CAT-CAT 10KG OWN CRATE 55X40X23CM.DIMS
        OF CRATE MUST NOT EXCEED L125XW75XH85CM/LH 454 F 01JUN F
        RASFO/[redacted] MR
030/043 XR/RM NOTIFY PASSENGER PRIOR TO TICKET PURCHASE & CHECK-
        IN: FEDERAL LAWS FORBID THE CARRIAGE OF HAZARDOUS MATERI
        ALS - GGAMAUSHAZ/LH 454 F 01JUN FRASFO/LH 455 A 19AUG SF
        OFRA
030/043 XF/FE SKCHG FARE RESTRICTION MAY APPLY -BG LH/LH 637 J 0
        1JUN RUHFRA/LH 454 F 01JUN FRASFO/LH 455 A 19AUG SFOFRA/
        LH 636 J 20AUG FRARUH/[redacted] MR
030/043 XF/FO 220-4878881966RUH02FEB21/71200356/220-48788819661E
        1*I/LH 637 J 01JUN RUHFRA/LH 454 F 01JUN FRASFO/LH 455 A
         19AUG SFOFRA/LH 636 J 20AUG FRARUH/[redacted] MR
030/043 XF/FV LH/LH 637 J 01JUN RUHFRA/LH 454 F 01JUN FRASFO/LH
        455 A 19AUG SFOFRA/LH 636 J 20AUG FRARUH/[redacted] M
        R
    043 GM/A/ LH 637 D 25MAY RUHFRA       LH 454 D 25MAY FRASFO
    043 SA/SSR RQST LH HN1 RUHFRA/01HN/LH 637 D 25MAY RUHFRA
    043 SA/SSR AVIHLHHK1 CAT-CAT 10KG OWN CRATE 55X40X23CM.DIMS
        OF CRATE MUST NOT EXCEED L125XW75XH85CM/LH 454 D 25MAY F
        RASFO/[redacted] MR
    043 AR/RM NOTIFY PASSENGER PRIOR TO TICKET PURCHASE & CHECK-
        IN: FEDERAL LAWS FORBID THE CARRIAGE OF HAZARDOUS MATERI
        ALS - GGAMAUSHAZ/LH 454 D 25MAY FRASFO/LH 455 A 19AUG SF
        OFRA
    043 AF/FE SAR1870.00 NONREF - FARE RESTRICTION MAY APPLY -BG
        :LH/LH 637 D 25MAY RUHFRA/LH 454 D 25MAY FRASFO/LH 455 A
         19AUG SFOFRA/LH 636 J 20AUG FRARUH/[redacted] MR
    043 AF/FO 220-4878881966RUH02FEB21/71200356/220-48792271151E
        1/LH 637 D 25MAY RUHFRA/LH 454 D 25MAY FRASFO/LH 455 A 1
        9AUG SFOFRA/LH 636 J 20AUG FRARUH/[redacted] MR
    043 AF/FO 220-4878881966RUH02FEB21/71200356/220-48792271151E
        1
    043 AF/FV LH
    043 AF/FV LH/LH 637 D 25MAY RUHFRA/LH 454 D 25MAY FRASFO/LH
        455 A 19AUG SFOFRA/LH 636 J 20AUG FRARUH/[redacted] M
        R
```

```
    043 RF-P-NMC-[redacted] CR-RUHS22842 71200356 AS 9976SH R
        UHS228E1 21APR0953Z
043/044 CS/SSR RQST LH KK1 RUHFRA/01HN/HN/LH 637 D 25MAY RUHFRA
    044 RF-1AINV ENI RM LH-0000FM  21APR0953Z
044/045 CS/SSR RQST LH HK1 RUHFRA/01HN/KK/LH 637 D 25MAY RUHFRA
043/045 CF/FV LH
043/045 AF/FV LH
    045 AF/FP CCAXXXXXXXXXXXX[redacted]
    045 RF-ETK-P-NMC[redacted] CR-RUHS22842 71200356 AS 9976
        SH RUHS228E1 21APR0954Z
045/046 CS/SSR RQST LH HK1 RUHFRA/01HN/HK/LH 637 D 25MAY RUHFRA
    046 RF-1AINV ENI RM LH-0000FM  21APR0954Z
011/047 SX/SSR RQST LH HK1 SFOFRA/02KN/LH 455 A 19AUG SFOFRA
    047 RF-P-NMC-[redacted] CR-RUHS22842 71200356 AS 9976SH R
        UHS228E1 21APR0959Z
046/048 SX/SSR RQST LH HK1 RUHFRA/01HN/LH 637 D 25MAY RUHFRA
    048 RF-P-NMC-[redacted] CR-RUHS22842 71200356 AS 9976SH R
        UHS228E1 21APR1004Z
    049 SA/SSR RQST LH LK1 RUHFRA/01KN/LH 637 D 25MAY RUHFRA
    049 RF-P-NMC-[redacted] CR-RUHS22842 71200356 AS 9976SH R
        UHS228E1 21APR1005Z
    050 SA/SSR RQST LH LK1 FRASFO/04KN/LH 454 D 25MAY FRASFO
    050 RF-P-NMC-[redacted] CR-RUHS22842 71200356 AS 9976SH R
        UHS228E1 21APR1005Z
    051 SA/SSR RQST LH LK1 SFOFRA/01AN/LH 455 A 19AUG SFOFRA
    051 RF-P-NMC-[redacted] CR-RUHS22842 71200356 AS 9976SH R
        UHS228E1 21APR1006Z
    052 AF/FP O/CCAX+/CCAXXXXXXXXXXXX[redacted]
    052 RF-P-NMC-[redacted] CR-RUHS22842 71200356 AS 9976SH R
        UHS228E1 21APR1006Z
030/053 XF/FP O/CCAX/LH 455 A 19AUG SFOFRA/LH 636 J 20AUG FRARUH
        /[redacted] MR
    053 RF-P-NMC-[redacted] CR-RUHS22842 71200356 AS 9976SH R
        UHS228E1 21APR1007Z
052/054 XF/FP O/CCAX+/CCAXXXXXXXXXXXX[redacted]
    054 RF-P-NMC[redacted] CR-RUHS22842 71200356 AS 9976SH R
        UHS228E1 21APR1008Z
    055 AF/FP O/CCAX+/CCAXXXXXXXXXXXX[redacted]
    055 RF-P-NMC-[redacted] CR-RUHS22842 71200356 AS 9976SH R
        UHS228E1 21APR1008Z
055/056 XF/FP O/CCAX+/CCAXXXXXXXXXXXX[redacted]
    056 RF-P-NMC-[redacted] CR-RUHS22842 71200356 AS 9976SH R
        UHS228E1 21APR1008Z
    057 AF/FP O/CASH+/CCAXXXXXXXXXXXX[redacted]
    057 RF-P-NMC-[redacted] CR-RUHS22842 71200356 AS 9976SH R
        UHS228E1 21APR1009Z
057/058 XF/FP O/CASH+/CCAXXXXXXXXXXXX[redacted]
    058 RF-P-NMC-[redacted] CR-RUHS22842 71200356 AS 9976SH R
        UHS228E1 21APR1012Z
    059 AF/FP O/CCAX+/CCAXXXXXXXXXXXX[redacted]
    059 RF-P-NMC-[redacted] CR-RUHS22842 71200356 AS 9976SH R
        UHS228E1 21APR1012Z
045/060 CF/FP CCAXXXXXXXXXXXX[redacted]
045/060 AF/FP O/CCAXXXXXXXXXXXX[redacted]
045/060 CF/FV LH
```

```
045/060 AF/FV LH
    060 RF-P-NMC-[redacted]/KDUTTA [redacted]0980 00321775 SU 1222KM/DS
        -8CB51B3E 21APR1016Z
043/061 CS/LH 637 D 25MAY 2 RUHFRA HK1 0140 0655/NN *1A/E*
043/061 CS/LH 454 D 25MAY 2 FRASFO HK1 1035 1255/NN *1A/E*
059/061 CF/FP O/CCAX+/CCAXXXXXXXXXXXX[redacted]
059/061 AF/FP O/CCAX+/CCAXXXXXXXXXXXX[redacted]/A356137/LH 637 D
        25MAY RUHFRA/LH 454 D 25MAY FRASFO/LH 455 A 19AUG SFOFRA
        /LH 636 J 20AUG FRARUH[redacted] MR
060/061 CF/FV LH
060/061 AF/FV LH
034/061 XT/TKOK 28FEB/RUHS22842//ETLH
043/061 XF/FA 220-4879227115/ETLH/SAR0.00/28FEB21/RUHS22842/7120
        0356/LH 455 A 19AUG SFOFRA/LH 636 J 20AUG FRARUH/[redacted] MR
034/061 XF/FB 0000000000 TTPIE3424/T3 OK ETICKET/LH 455 A 19AUG
        SFOFRA/LH 636 J 20AUG FRARUH/[redacted] MR
034/061 XF/FG 0000000000 JED1A0981/LH 455 A 19AUG SFOFRA/LH 636
        J 20AUG FRARUH[redacted] MR
    061 AT/TKOK 21APR/RUHS22842//ETLH
    061 AF/FA 220-4880036744/ETLH/SAR16.00/21APR21/RUHS22842/712
        00356/LH 637 D 25MAY RUHFRA/LH 454 D 25MAY FRASFO/LH 455
         A 19AUG SFOFRA/LH 636 J 20AUG FRARUH/[redacted] MR
    061 AF/FA 220-1868119859/DTLH/SAR0.00/21APR21/RUHS22842/7120
        0356/[redacted] MR
    061 AF/FB 0000000000 TTP/T4/TTM OK ETICKET/EMD/LH 637 D 25MA
        Y RUHFRA/LH 454 D 25MAY FRASFO/LH 455 A 19AUG SFOFRA/LH
        636 J 20AUG FRARUH/[redacted] MR
    061 AF/FB 0000000001 TTP/T4/TTM OK ETICKET/EMD/[redacted]
         MR
    061 RF-SH-NMC-[redacted] CR-RUHS22842 71200356 AS 9976SH
        RUHS228E1 21APR1017Z
    062 AR/RM EML-ITR-SENT TO [redacted] AT 21APR
        21 1018 GMT BY RUHS22842
    062 RF-TDF CR-RUHS22842 71200356 AS 9976SH 21APR1018Z
    063 SA/*SSR PETCLHHK1 CAT-CAT 8KG OWN CRATE 55X40X23CM.KK ON
        LY CAT/DOG MUST BE CLOSED PET BOX 55X40X23CM AND MAX 8KG
        /LH 637 D 25MAY RUHFRA/[redacted] MR
    063 SA/*SSR PETCLHHK1 CAT-CAT 8KG OWN CRATE 55X40X23CM.KK ON
        LY CAT/DOG MUST BE CLOSED PET BOX 55X40X23CM AND MAX 8KG
        /LH 454 D 25MAY FRASFO/[redacted] MR
    063 RF- -LH/U140822 CR-RUHLH0100 71490812 SU 0822SH DXBLH010
        1 21APR1042Z
049/064 CS/SSR RQST LH NO1 RUHFRA/01KN/SEAT NO MORE SUITABLE/HK/
        LH 637 D 25MAY RUHFRA
    064 SA/SSR RQST LH KK1 RUHFRA/03KN/LH 637 D 25MAY RUHFRA
    064 RF-1AINV ENI RM LH-0000FM  21APR1042Z
    065 QA/QE/RUHS22842/1C6D4
    065 RF-SERVICE STATUS CHANGED CR-NCE1A0238 00000000 SU 0000F
        M 21APR1042Z
043/066 SX/SSR AVIHLHHK1 CAT-CAT 10KG OWN CRATE 55X40X23CM.DIMS
        OF CRATE MUST NOT EXCEED L125XW75XH85CM/LH 454 D 25MAY F
        RASFO/[redacted] MR
    066 RF- -LH/U140822 CR-RUHLH0100 71490812 SU 0822SH DXBLH010
        1 21APR1042Z
```

```
    067 AP/AP #CCT#DE#ETX
    067 OA/OSI YYYES PERSONAL DATA FOR EMAIL
    067 AR/RM PAX ADVD PRIVATE DATA OF ALL PAX IN EMAIL
    067 AR/RM BAG1/LH/ADT/RUH-SFO/0FM/NO FEE
    067 AR/RM BAG2/LH/ADT/RUH-SFO/0FM/NO FEE
    067 AR/RM BAG1/LH/ADT/SFO-RUH/0FM/NO FEE
    067 AR/RM BAG2/LH/ADT/SFO-RUH/0FM/NO FEE
    067 AR/RM BAG3/LH/ADT/SFO-RUH/0FM/NO FEE
    067 AR/RM* EMAIL[redacted]/EN
    067 RF- -LH/U140822 CR-RUHLH0100 71490812 SU 0822SH DXBLH010
        1 21APR1043Z
    068 QU/QE/FRALH07BC/1C0
    068 RF-LH/U140822 CR-RUHLH0100 71490812 SU 0822SH/ES-FF4B118
        B RUHLH0100 71490812 21APR1043Z
    069 AR/RM *EMAIL QUEUEING OFFICE:RUHLH0100-HIST#RUHLH0100-TO
        -15BELOW-TYPE-TRVLINFO
    069 RF- -LH/AFSQSORT CR-FRALH07BC 23499221 SU 9100QU 21APR10
        43Z
    070 QU/QE2C0-PUE43N
    070 RF-LH/AFSQSORT CR-FRALH07BC 23499221 SU 9100QU/DS-FFCB03
        AC 21APR1043Z
    071 QU/QX/PUE43N/1C0
    071 RF-LH/AFSQSORT CR-FRALH07BC 23499221 SU 9100QU/DS-FF2C48
        7E 21APR1043Z
    072 QU/QX/PUE43N/2
    072 RF-LH/PASNGRLH CR-FRALH07BC 23499221 GS 7715BC/DS-FF8A91
        FD 21APR1044Z
    073 AR/RM *15BELOW*RECEIVED ON 21.04.2021 12:44H FROM RUHLH0
        100
    073 RF-15BELOW LTD PASNGR-LH/PASNGRLH CR-FRALH07BC 23499221
        GS 7715BC 21APR1044Z
069/074 XR/RM *EMAIL QUEUEING OFFICE:RUHLH0100-HIST#RUHLH0100-TO
        -15BELOW-TYPE-TRVLINFO
    074 RF-AMADEUS API CR-FRALH07BC 23499221 GS 7715BC 21APR1045
        Z
    075 AR/RM *15BELOW*TRAVELINFORMATION FORWARDED TO [redacted]
        ON 21.04.2021 12:44H
    075 RF-15BELOW LTD PASNGR-LH/PASNGRLH CR-FRALH07BC 23499221
        GS 7715BC 21APR1045Z
064/076 SX/SSR RQST LH NO1 RUHFRA/01KN/SEAT NO MORE SUITABLE/LH
        637 D 25MAY RUHFRA
064/076 SX/SSR RQST LH KK1 RUHFRA/03KN/LH 637 D 25MAY RUHFRA
    076 RF- -LH/U123662 CR-RUHLH0100 71490812 SU 3662PL DXBLH010
        1 21APR1221Z
    077 SA/SSR RQST LH LK1 RUHFRA/02HN/LH 637 D 25MAY RUHFRA
    077 RF- -LH/U123662 CR-RUHLH0100 71490812 SU 3662PL DXBLH010
        1 21APR1221Z
050/078 SX/SSR RQST LH HK1 FRASFO/04KN/LH 454 D 25MAY FRASFO
    078 RF- -LH/U123662 CR-RUHLH0100 71490812 SU 3662PL DXBLH010
        1 21APR1222Z
    079 SA/SSR RQST LH LK1 FRASFO/03AN/LH 454 D 25MAY FRASFO
    079 RF- -LH/U123662 CR-RUHLH0100 71490812 SU 3662PL DXBLH010
        1 21APR1222Z
067/080 OX/OSI YYYES PERSONAL DATA FOR EMAIL
067/080 XR/RM BAG1/LH/ADT/RUH-SFO/0FM/NO FEE
```

```
067/080 XR/RM BAG2/LH/ADT/RUH-SFO/0FM/NO FEE
067/080 XR/RM BAG1/LH/ADT/SFO-RUH/0FM/NO FEE
067/080 XR/RM BAG2/LH/ADT/SFO-RUH/0FM/NO FEE
067/080 XR/RM BAG3/LH/ADT/SFO-RUH/0FM/NO FEE
067/080 XR/RM* EMAIL:[redacted]/EN
    080 AP/AP #CCT#DE#ETX
    080 OA/OSI YYYES PERSONAL DATA FOR EMAIL
    080 AR/RM PAX RQSTD ONLY PRIVATE DATA OF PAX ([redacted]
        MR) TO BE SENT IN EMAIL
    080 AR/RM BAG1/LH/ADT/RUH-SFO/0FM/NO FEE
    080 AR/RM BAG2/LH/ADT/RUH-SFO/0FM/NO FEE
    080 AR/RM BAG1/LH/ADT/SFO-RUH/0FM/NO FEE
    080 AR/RM BAG2/LH/ADT/SFO-RUH/0FM/NO FEE
    080 AR/RM BAG3/LH/ADT/SFO-RUH/0FM/NO FEE
    080 AR/RM* EMAIL:[redacted]/EN/[redacted]
        MR
    080 RF- -LH/U123662 CR-RUHLH0100 71490812 SU 3662PL DXBLH010
        1 21APR1227Z
    081 QU/QE/FRALH07BC/1C0
    081 RF-LH/U123662 CR-RUHLH0100 71490812 SU 3662PL/ES-FF5E3B2
        8 RUHLH0100 71490812 21APR1227Z
    082 AR/RM *EMAIL QUEUEING OFFICE:RUHLH0100-HIST#RUHLH0100-TO
        -15BELOW-TYPE-TRVLINFO
    082 RF- -LH/AFSQSORT CR-FRALH07BC 23499221 SU 9100QU 21APR12
        27Z
    083 QU/QE2C0-PUE43N
    083 RF-LH/AFSQSORT CR-FRALH07BC 23499221 SU 9100QU/DS-FF3081
        5A 21APR1227Z
    084 QU/QX/PUE43N/1C0
    084 RF-LH/AFSQSORT CR-FRALH07BC 23499221 SU 9100QU/DS-FFEFC1
        11 21APR1227Z
    085 QU/QX/PUE43N/2
    085 RF-LH/PASNGRLH CR-FRALH07BC 23499221 GS 7715BC/DS-FF89A9
        B9 21APR1229Z
    086 AR/RM *15BELOW*RECEIVED ON 21.04.2021 14:29H FROM RUHLH0
        100
    086 RF-15BELOW LTD PASNGR-LH/PASNGRLH CR-FRALH07BC 23499221
        GS 7715BC 21APR1229Z
082/087 XR/RM *EMAIL QUEUEING OFFICE:RUHLH0100-HIST#RUHLH0100-TO
        -15BELOW-TYPE-TRVLINFO
    087 RF-AMADEUS API CR-FRALH07BC 23499221 GS 7715BC 21APR1229
        Z
    088 AR/RM *15BELOW*TRAVELINFORMATION FORWARDED TO [redacted]
        [redacted] ON 21.04.2021 14:30H
    088 RF-15BELOW LTD PASNGR-LH/PASNGRLH CR-FRALH07BC 23499221
        GS 7715BC 21APR1231Z
061/089 XF/FA 220-1868119859/DTLH/SAR0.00/21APR21/RUHS22842/7120
        0356/[redacted] MR
    089 AF/FA 220-1868119859/DRLH/SAR0.00/21APR21/RUHS22842/7120
        0356[redacted] MR
    089 RF-TAS-NMC-[redacted] CR-RUHS22842 71200356 AS 9976SH
         RUHS228E1 22APR0807Z
    090 QU/QN/1C6D3
    090 RF-NMC-[redacted] CR-RUHS22842 71200356 AS 9976SH/ES-
        FF1A3101 RUHS22842 71200356 22APR0811Z
```

```
061/091 TC/LH 454 D 25MAY 2 FRASFO TK1 1020 1240/ 1035 1255
    091 RF-REACC LH Q-0001AA CR-MUC1A0GIB 00000000    0000   RUH
        S228E1 04MAY1221Z
    092 QA/QE/RUHS22842/7C1D4
    092 RF-REACC LH Q CR- 04MAY1221Z
    093 RF-UPDATED BY 1A MAP-0001AA CR-NCE1A0955 12345675 SU 000
        1AA 04MAY1222Z
091/094 CS/LH 454 D 25MAY 2 FRASFO HK1 1020 1240/TK *1A/E*
    094 RF-ETK-P-NMC-[redacted] CR-RUHS22842 71200356 AS 9976
        SH RUHS228E1 05MAY0950Z
    095 QU/QN/7C1D4
    095 RF-NMC-[redacted] CR-RUHS22842 71200356 AS 9976SH/ES-
        FFA5B00E RUHS22842 71200356 05MAY0950Z
080/096 OX/OSI YYYES PERSONAL DATA FOR EMAIL
080/096 XR/RM BAG1/LH/ADT/RUH-SFO/0FM/NO FEE
080/096 XR/RM BAG2/LH/ADT/RUH-SFO/0FM/NO FEE
080/096 XR/RM BAG1/LH/ADT/SFO-RUH/0FM/NO FEE
080/096 XR/RM BAG2/LH/ADT/SFO-RUH/0FM/NO FEE
080/096 XR/RM BAG3/LH/ADT/SFO-RUH/0FM/NO FEE
080/096 XR/RM* EMAIL:[redacted]/EN/[redacted]
        MR
    096 AP/AP #CCT#DE#ETX
    096 OA/OSI YYYES PERSONAL DATA FOR EMAIL
    096 AR/RM PAX RQSTD ONLY PRIVATE DATA OF PAX ([redacted]
        MR) TO BE SENT IN EMAIL
    096 AR/RM BAG1/LH/ADT/RUH-SFO/0FM/NO FEE
    096 AR/RM BAG2/LH/ADT/RUH-SFO/0FM/NO FEE
    096 AR/RM BAG1/LH/ADT/SFO-RUH/0FM/NO FEE
    096 AR/RM BAG2/LH/ADT/SFO-RUH/0FM/NO FEE
    096 AR/RM BAG3/LH/ADT/SFO-RUH/0FM/NO FEE
    096 AR/RM* EMAIL:[redacted]/EN/[redacted]
        MR
    096 RF- -LH/U125275 CR-RUHLH0100 71490812 SU 5275MR DXBLH010
        1 06MAY0850Z
    097 QU/QE/FRALH07BC/1C0
    097 RF-LH/U125275 CR-RUHLH0100 71490812 SU 5275MR/ES-FF6706F
        D RUHLH0100 71490812 06MAY0850Z
    098 AR/RM *EMAIL QUEUEING OFFICE:RUHLH0100-HIST#RUHLH0100-TO
        -15BELOW-TYPE-TRVLINFO
    098 RF- -LH/AFSQSORT CR-FRALH07BC 23499221 SU 9100QU 06MAY08
        50Z
    099 QU/QE2C0-PUE43N
    099 RF-LH/AFSQSORT CR-FRALH07BC 23499221 SU 9100QU/DS-FFDB07
        19 06MAY0850Z
    100 QU/QX/PUE43N/1C0
    100 RF-LH/AFSQSORT CR-FRALH07BC 23499221 SU 9100QU/DS-FF5B6E
        B9 06MAY0850Z
    101 QU/QX/PUE43N/2
    101 RF-LH/PASNGRLH CR-FRALH07BC 23499221 GS 7715BC/DS-FF752F
        47 06MAY0851Z
098/102 XR/RM *EMAIL QUEUEING OFFICE:RUHLH0100-HIST#RUHLH0100-TO
        -15BELOW-TYPE-TRVLINFO
    102 RF-AMADEUS API CR-FRALH07BC 23499221 GS 7715BC 06MAY0851
        Z
    103 AR/RM *15BELOW*RECEIVED ON 06.05.2021 10:51H FROM RUHLH0
```

```
        100
    103 RF-15BELOW LTD PASNGR-LH/PASNGRLH CR-FRALH07BC 23499221
        GS 7715BC 06MAY0851Z
    104 AR/RM *15BELOW*TRAVELINFORMATION FORWARDED TO [redacted]
        [redacted] ON 06.05.2021 10:51H
    104 RF-15BELOW LTD PASNGR-LH/PASNGRLH CR-FRALH07BC 23499221
        GS 7715BC 06MAY0851Z
    105 AR/RM SNT EML WTH THE PETC TO THE PAX AS REQSTD/DXBLH/MR
        /06MAY21
    105 RF- -LH/U125275 CR-RUHLH0100 71490812 SU 5275MR DXBLH010
        1 06MAY0854Z
    106 RF-/DCS-SYNCUS-1001FM CR-LON1A0955 00010301 SU 1001FM 21
        MAY2145Z
    107 RF-/DCS-SYNCUS-1001FM CR-LON1A0955 00010301 SU 1001FM 22
        MAY0725Z
    108 RF-/DCS-SYNCUS-0001AA CR-LON1A0955 00010301 SU 0001AA 22
        MAY0820Z
    109 RF-/DCS-SYNCUS-1304OS CR-SJJOS0053 74390083 GS 1304OS 23
        MAY0503Z
    110 RF-/DCS-SYNCUS-681217 CR-BKKLH0060 35390246 GS 681217 MB
        ALH0060 23MAY2333Z
    111 RF-EXTPURGEDATE 01JUN22-1A/EMAHIEU CR-NCE1A0955 12345675
         SU 6471EM 24MAY1056Z
    112 RF-/DCS-SYNCUS-681217 CR-RUHLH0060 71490823 GS 681217 MB
        ALH0060 24MAY1840Z
    113 RF-/DCS-SYNCUS-0001AA CR-LON1A0955 00010301 SU 0001AA 24
        MAY1847Z
    114 RF-/DCS-SYNCUS-681217 CR-RUHLH0060 71490823 GS 681217 MB
        ALH0060 24MAY2036Z
009/115 SX/SSR DOCSLHHK1 P/SAU/U815844/SAU/[redacted]/M/01JUN27/ODA
        N/[redacted] MR
    115 SA/SSR DOCSLHHK1 P/SAU/U815844/SAU/[redacted]/M/01JUN27/ODA
        N/[redacted] A/[redacted] MR
    115 RF-/DCS-IREQ-681217 CR-RUHLH0060 71490823 GS 681217 MBAL
        H0060 24MAY2037Z
    116 SA/SSR DOCSLHHK1 P/SAU/U815844/SAU/[redacted]/M/01JUN27/ODA
        N/[redacted] A/LH 637 D 25MAY RUHFRA/[redacted] MR
    116 SA/SSR DOCOLHHK1 /V/U815844/USA//USA/LH 637 D 25MAY RUHF
        RA/[redacted] MR
    116 SA/SSR DOCSLHHK1 P/SAU/U815844/SAU/[redacted]/M/01JUN27/ODA
        N/[redacted] A/LH 454 D 25MAY FRASFO/[redacted] MR
    116 SA/SSR DOCOLHHK1 /V/U815844/USA//USA/LH 454 D 25MAY FRAS
        FO/[redacted] MR
    116 RF-/DCS-IREQ-681217 CR-RUHLH0060 71490823 GS 681217 MBAL
        H0060 24MAY2037Z
    117 SA/SSR DOCALHHK1 D/USA/[redacted]/LH 454 D 25MAY FRASFO/[redacted] MR
    117 RF-/DCS-IREQ-681217 CR-RUHLH0060 71490823 GS 681217 MBAL
        H0060 24MAY2039Z
    118 AF/FV LH
    118 RF- -LH/U166770 CR-RUHLH0060 71490823 GS 681217 MBALH006
        0 24MAY2040Z
    119 RF-/DCS-SYNCUS-681217 CR-RUHLH0060 71490823 GS 681217 MB
```

```
        ALH0060 24MAY2057Z
    120 AR/RC RUHLH0050-W,***LH0***/OFFLOAD
    120 AR/RC RUHLH0050-W,***LH0***/LH637/RUH-FRA-SFO/25MAY
    120 AR/RC RUHLH0050-W,***LH0***/NAT.SAU
    120 AR/RC RUHLH0050-W,***LH0***/CV19 ENTRY BAN/VISA B1B2
    120 AR/RC RUHLH0050-W,***LH0***/DOCS WITH PSGR
    120 AR/RC RUHLH0050-W,***LH0***/OPORBC/ANAS/24MAY
    120 RF- -LH/U568047 CR-RUHLH0050 71490823 SU 6847AS TIVLH005
        0 24MAY2058Z
    121 RF-/DCS-SYNCUS-681217 CR-MUCLH0061 23492033 GS 681217 MB
        ALH0060 24MAY2104Z
    122 RF-/DCS-SYNCUS-681217 CR-RUHLH0060 71490823 GS 681217 MB
        ALH0060 24MAY2105Z
116/123 SX/SSR DOCOLHHK1 /V/U815844/USA//USA/LH 637 D 25MAY RUHF
        RA/[redacted] MR
    123 SA/SSR DOCOLHHK1 /V/M7090865/USA//USA/LH 637 D 25MAY RUH
        FRA/[redacted] MR
    123 RF-/DCS-IREQ-681217 CR-MUCLH0061 23492033 GS 681217 MBAL
        H0060 24MAY2106Z
043/124 DM/A/ LH 637 D 25MAY RUHFRA       LH 454 D 25MAY FRASFO
    124 RF-/DCS-SYNCUS-681217 CR-RUHLH0060 71490823 GS 681217 MB
        ALH0060 24MAY2155Z
    125 RF-/DCS-SYNCUS-681217 CR-RUHLH0060 71490823 GS 681217 MB
        ALH0060 24MAY2156Z
    126 RF-/DCS-SYNCUS-681217 CR-MUCLH0061 23492033 GS 681217 MB
        ALH0060 24MAY2159Z
    127 RF-/DCS-SYNCUS-681217 CR-MUCLH0061 23492033 GS 681217 MB
        ALH0060 24MAY2159Z
118/128 XF/FV LH
    128 AF/FV LH
    128 RF- -LH/U719878 CR-MUCLH0061 23492033 GS 681217 MBALH006
        0 24MAY2159Z
    129 RF-/DCS-SYNCUS-681217 CR-RUHLH0060 71490823 GS 681217 MB
        ALH0060 24MAY2202Z
    130 RF-/DCS-SYNCUS-681217 CR-RUHLH0060 71490823 GS 681217 MB
        ALH0060 24MAY2202Z
    131 RF-/DCS-SYNCUS-681217 CR-RUHLH0060 71490823 GS 681217 MB
        ALH0060 24MAY2203Z
    132 RF-/DCS-SYNCUS-681217 CR-RUHLH0060 71490823 GS 681217 MB
        ALH0060 24MAY2205Z
    133 RF-/DCS-SYNCUS-0001AA CR-LON1A0955 00010301 SU 0001AA 24
        MAY2211Z
    134 RF-/DCS-SYNCUS-681217 CR-RUHLH0061 71490823 GS 681217 MB
        ALH0060 24MAY2214Z
    135 RF-/DCS-SYNCUS-681217 CR-MUCLH0061 23492033 GS 681217 MB
        ALH0060 24MAY2217Z
    136 RF-/DCS-SYNCUS-681217 CR-MUCLH0061 23492033 GS 681217 MB
        ALH0060 24MAY2217Z
    137 AK/SK ADOK LH HK1/LH 637 D 25MAY RUHFRA/[redacted] MR
    137 RF-/DCS-IREQ-681217 CR-RUHLH0061 71490823 GS 681217 MBAL
        H0060 24MAY2222Z
    138 RF-/DCS-SYNCUS-681217 CR-RUHLH0061 71490823 GS 681217 MB
        ALH0060 24MAY2222Z
128/139 XF/FV LH
    139 AF/FV LH
```

```
    139 RF- -LH/U584931 CR-RUHLH0050 71490823 SU 0056AA TIVLH005
        0 24MAY2223Z
139/140 CF/FV LH
139/140 AF/FV LH
    140 AF/FP CCAXXXXXXXXXXXX[redacted]
    140 RF- -LH/U584931 CR-RUHLH0050 71490823 SU 0056AA TIVLH005
        0 24MAY2223Z
140/141 CF/FP CCAXXXXXXXXXXXX[redacted]
140/141 AF/FP CCAXXXXXXXXXXXX[redacted]/A736201
140/141 CF/FV LH
140/141 AF/FV LH
    141 AF/FA 220-1871047544/DTLH/SAR474.00/25MAY21/RUHLH0050/71
        490823/[redacted] MR
    141 AF/FB 0000000000 TTM/M4/RT OK EMD/[redacted] MR
    141 RF-AA-LH/U584931 CR-RUHLH0050 71490823 SU 0056AA TIVLH00
        50 24MAY2223Z
    142 RF-/DCS-SYNCUS-1001FM CR-LON1A0955 00010301 SU 1001FM 25
        MAY0508Z
    143 RF-/DCS-SYNCUS-681217 CR-FRALH0060 23491193 GS 681217 MB
        ALH0060 25MAY0526Z
    144 SA/SSR CTCRLHHK1/[redacted] MR
    144 RF-/DCS-IREQ-681217 CR-FRALH0060 23491193 GS 681217 MBAL
        H0060 25MAY0526Z
    145 RF-/DCS-SYNCUS-681217 CR-FRALH0060 23491193 GS 681217 MB
        ALH0060 25MAY0526Z
    146 RF-/DCS-SYNCUS-681217 CR-FRALH0061 23491193 GS 681217 MB
        ALH0060 25MAY0757Z
    147 RF-/DCS-SYNCUS-681217 CR-FRALH0060 23491193 GS 681217 MB
        ALH0060 25MAY1722Z
    148 RF-/DCS-SYNCUS-1001FM CR-LON1A0955 00010301 SU 1001FM 25
        MAY1950Z
    149 RF-EXTPURGEDATE 01JUN22-1A/EMAHIEU CR-NCE1A0955 12345675
         SU 6471EM 13JUL0911Z
013/150 TC/LH 636 J 20AUG 5 FRARUH TK1 1200 1855/ 1300 1955
    150 RF-REACC LH Q-0001AA CR-MUC1A0GIB 00000000    0000   NCE
        1A0955 28JUL0634Z
    151 QA/QE/RUHS22842/7C1D4
    151 RF-REACC LH Q CR- 28JUL0634Z
    152 RF-UPDATED BY 1A MAP-0001AA CR-NCE1A0955 12345675 SU 000
        1AA 28JUL0635Z
150/153 CS/LH 636 J 20AUG 5 FRARUH HK1 1200 1855/TK *1A/E*
    153 RF-ETK-P-NMC-[redacted] CR-RUHS22842 71200356 AS 9976
        SH RUHS228E1 02AUG0623Z
    154 QU/QN/7C1D4
    154 RF-NMC-[redacted] CR-RUHS22842 71200356 AS 9976SH/ES-
        FFEE2983 RUHS22842 71200356 02AUG0623Z
061/155 XF/FA 220-4880036744/ETLH/SAR16.00/21APR21/RUHS22842/712
        00356/LH 637 D 25MAY RUHFRA/LH 454 D 25MAY FRASFO/LH 455
         A 19AUG SFOFRA/LH 636 J 20AUG FRARUH/[redacted] MR
    155 AF/FA 220-4880036744/ETLH/SAR16.00/21APR21/RUHS22842/712
        00356/LH 637 D 25MAY RUHFRA/LH 454 D 25MAY FRASFO/[redacted]MR
    155 AF/FA 220-4880036744/ERLH/SAR16.00/21APR21/RUHS22842/712
        00356/LH 455 A 19AUG SFOFRA/LH 636 J 20AUG FRARUH/[redacted] MR
```

```
    155 RF-TAS-NMC-[redacted] CR-RUHS22842 71200356 AS 9976SH
         RUHS228E1 03AUG1008Z
032/156 XS/LH 455 A 19AUG 4 SFOFRA HK1 1455 1045+1/TK *1A/E*
153/156 XS/LH 636 J 20AUG 5 FRARUH HK1 1200 1855/TK *1A/E*
043/156 XS/SVC LH HK1 RSVR/HK [redacted]MR
000/156 DM/A/ LH 455 A 19AUG SFOFRA       LH 636 J 20AUG FRARUH
061/156 XT/TKOK 21APR/RUHS22842//ETLH
011/156 SX/SSR RQST LH HK1 FRARUH/01HN/LH 636 J 20AUG FRARUH
051/156 SX/SSR RQST LH HK1 SFOFRA/01AN/LH 455 A 19AUG SFOFRA
002/156 SX/SSR OTHS1A PLS ADV TKT NBR BY 14MAY21/2359Z OR LH OPT
        G/MKTG FLTS WILL BE CANX / APPLIC FARE RULE APPLIES IF I
        T DEMANDS
002/156 SX/SSR OTHS1A /// EARLIER TKTG
006/156 SX/SSR OTHS1A PLS ADV TKT NBR BY 17MAY21/2359Z OR LH OPT
        G/MKTG FLTS WILL BE CANX / APPLIC FARE RULE APPLIES IF I
        T DEMANDS
006/156 SX/SSR OTHS1A /// EARLIER TKTG
014/156 SX/SSR OTHS1A PLS PROVIDE PAX CTC DATA VIA SSR CTCM OR C
        TCE
019/156 SX/SSR OTHS1A UPC LOSS OF CABIN/LH454/28MAY/LH455/19AUG/
        PLS CTC FCL SERVICE 00496986799444
019/156 SX/SSR OTHS1A MANYTHX/BERXR/TS/23FEB/FCL SERVICE
063/156 SX/*SSR PETCLHHK1 CAT-CAT 8KG OWN CRATE 55X40X23CM.KK ON
        LY CAT/DOG MUST BE CLOSED PET BOX 55X40X23CM AND MAX 8KG
        /LH 637 D 25MAY RUHFRA/[redacted] MR
063/156 SX/*SSR PETCLHHK1 CAT-CAT 8KG OWN CRATE 55X40X23CM.KK ON
        LY CAT/DOG MUST BE CLOSED PET BOX 55X40X23CM AND MAX 8KG
        /LH 454 D 25MAY FRASFO/[redacted] MR
115/156 SX/SSR DOCSLHHK1 P/SAU/U815844/SAU/[redacted]/M/01JUN27/ODA
        N/[redacted] A/[redacted] MR
116/156 SX/SSR DOCSLHHK1 P/SAU/U815844/SAU/[redacted]/M/01JUN27/ODA
        N/[redacted] A/LH 637 D 25MAY RUHFRA/[redacted]
       [redacted] MR
116/156 SX/SSR DOCSLHHK1 P/SAU/U815844/SAU/[redacted]/M/01JUN27/ODA
        N/[redacted] A/LH 454 D 25MAY FRASFO/[redacted]
       [redacted] MR
116/156 SX/SSR DOCOLHHK1 /V/U815844/USA//USA/LH 454 D 25MAY FRAS
        FO/[redacted] MR
117/156 SX/SSR DOCALHHK1 D/USA/[redacted]
       [redacted]/LH 454 D 25MAY FRASFO/[redacted] MR
123/156 SX/SSR DOCOLHHK1 /V/M7090865/USA//USA/LH 637 D 25MAY RUH
        FRA/[redacted] MR
144/156 SX/SSR CTCRLHHK1/[redacted] MR
017/156 OX/OSI YYCTCM 966505635833
096/156 OX/OSI YYYES PERSONAL DATA FOR EMAIL
137/156 XK/SK ADOK LH HK1/LH 637 D 25MAY RUHFRA/[redacted] MR
120/156 XR/RC RUHLH0050-W,***LH0***/OFFLOAD
120/156 XR/RC RUHLH0050-W,***LH0***/LH637/RUH-FRA-SFO/25MAY
120/156 XR/RC RUHLH0050-W,***LH0***/NAT.SAU
120/156 XR/RC RUHLH0050-W,***LH0***/CV19 ENTRY BAN/VISA B1B2
120/156 XR/RC RUHLH0050-W,***LH0***/DOCS WITH PSGR
120/156 XR/RC RUHLH0050-W,***LH0***/OPORBC/ANAS/24MAY
043/156 XR/RM NOTIFY PASSENGER PRIOR TO TICKET PURCHASE & CHECK-
        IN: FEDERAL LAWS FORBID THE CARRIAGE OF HAZARDOUS MATERI
        ALS - GGAMAUSHAZ/LH 455 A 19AUG SFOFRA/LH 454 D 25MAY FR
```

```
        ASFO
067/156 XR/RM PAX ADVD PRIVATE DATA OF ALL PAX IN EMAIL
073/156 XR/RM *15BELOW*RECEIVED ON 21.04.2021 12:44H FROM RUHLH0
        100
075/156 XR/RM *15BELOW*TRAVELINFORMATION FORWARDED TO [redacted]
        [redacted] ON 21.04.2021 12:44H
080/156 XR/RM PAX RQSTD ONLY PRIVATE DATA OF PAX ([redacted]
        MR) TO BE SENT IN EMAIL
086/156 XR/RM *15BELOW*RECEIVED ON 21.04.2021 14:29H FROM RUHLH0
        100
088/156 XR/RM *15BELOW*TRAVELINFORMATION FORWARDED TO [redacted]
        [redacted] ON 21.04.2021 14:30H
096/156 XR/RM PAX RQSTD ONLY PRIVATE DATA OF PAX ([redacted]
        MR) TO BE SENT IN EMAIL
096/156 XR/RM BAG1/LH/ADT/RUH-SFO/0FM/NO FEE
096/156 XR/RM BAG2/LH/ADT/RUH-SFO/0FM/NO FEE
096/156 XR/RM BAG1/LH/ADT/SFO-RUH/0FM/NO FEE
096/156 XR/RM BAG2/LH/ADT/SFO-RUH/0FM/NO FEE
096/156 XR/RM BAG3/LH/ADT/SFO-RUH/0FM/NO FEE
103/156 XR/RM *15BELOW*RECEIVED ON 06.05.2021 10:51H FROM RUHLH0
        100
104/156 XR/RM *15BELOW*TRAVELINFORMATION FORWARDED TO [redacted]
        [redacted] ON 06.05.2021 10:51H
105/156 XR/RM SNT EML WTH THE PETC TO THE PAX AS REQSTD/DXBLH/MR
        /06MAY21
089/156 XF/FA 220-1868119859/DRLH/SAR0.00/21APR21/RUHS22842/7120
        0356/[redacted] MR
141/156 XF/FA 220-1871047544/DTLH/SAR474.00/25MAY21/RUHLH0050/71
        490823/[redacted] MR
155/156 XF/FA 220-4880036744/ETLH/SAR16.00/21APR21/RUHS22842/712
        00356/LH 637 D 25MAY RUHFRA/LH 454 D 25MAY FRASFO/[redacted]
        MR
155/156 XF/FA 220-4880036744/ERLH/SAR16.00/21APR21/RUHS22842/712
        00356/LH 455 A 19AUG SFOFRA/LH 636 J 20AUG FRARUH/[redacted]
        MR
061/156 XF/FB 0000000000 TTP/T4/TTM OK ETICKET/EMD/LH 637 D 25MA
        Y RUHFRA/LH 455 A 19AUG SFOFRA/LH 454 D 25MAY FRASFO/LH
        636 J 20AUG FRARUH/[redacted] MR
061/156 XF/FB 0000000001 TTP/T4/TTM OK ETICKET/EMD/[redacted]
         MR
141/156 XF/FB 0000000000 TTM/M4/RT OK EMD/[redacted] MR
043/156 XF/FE SAR1870.00 NONREF - FARE RESTRICTION MAY APPLY -BG
        :LH/LH 637 D 25MAY RUHFRA/LH 455 A 19AUG SFOFRA/LH 454 D
         25MAY FRASFO/LH 636 J 20AUG FRARUH/[redacted] MR
010/156 XF/FM *M*0
043/156 XF/FO 220-4878881966RUH02FEB21/71200356/220-48792271151E
        1/LH 637 D 25MAY RUHFRA/LH 455 A 19AUG SFOFRA/LH 454 D 2
        5MAY FRASFO/LH 636 J 20AUG FRARUH/[redacted] MR
043/156 XF/FO 220-4878881966RUH02FEB21/71200356/220-48792271151E
        1
060/156 XF/FP O/CCAXXXXXXXXXXXX[redacted]
061/156 XF/FP O/CCAX+/CCAXXXXXXXXXXXX[redacted]/A356137/LH 637 D
        25MAY RUHFRA/LH 455 A 19AUG SFOFRA/LH 454 D 25MAY FRASFO
        /LH 636 J 20AUG FRARUH/[redacted] MR
141/156 XF/FP CCAXXXXXXXXXXXX[redacted]/A736201
```

```
061/156 XF/FV LH
043/156 XF/FV LH/LH 637 D 25MAY RUHFRA/LH 455 A 19AUG SFOFRA/LH
        454 D 25MAY FRASFO/LH 636 J 20AUG FRARUH[redacted] M
        R
141/156 XF/FV LH
    156 AT/TKOK 03AUG/RUHS22842
    156 RF-P-NMC-[redacted] CR-RUHS22842 71200356 AS 9976SH R
        UHS228E1 03AUG1008Z
    157 RF-EXTPURGEDATE 20AUG22-1A/EMAHIEU CR-NCE1A0955 12345675
         SU 6471EM 18AUG1030Z
```