UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE and ROBERT ROE, | Case No. 23-cv-04413-SI |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| DEUTSCHE LUFTHANSA AKTIENGESELLSCHAFT, *et al.*, | |
| Defendants. | |

The Court has dismissed this case for lack of personal jurisdiction. Judgment is hereby entered against plaintiffs.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: March 29, 2024

_____
SUSAN ILLSTON
United States District Judge