UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE and ROBERT ROE,<br><br>Plaintiffs,<br><br>v.<br><br>DEUTSCHE LUFTHANSA<br>AKTIENGESELLSCHAFT,<br><br>Defendant. | Case No. 23-cv-04413-SI<br><br>**ORDER DENYING ADMINISTRATIVE MOTION TO STRIKE AND DIRECTING FURTHER BRIEFING AND RESCHEDULING HEARING TO JULY 31**<br><br>Re: Dkt. No. 73 |

Plaintiffs have filed an administrative motion to strike defendant's motion to dismiss the first amended complaint, arguing that the Court's statements at the March 27, 2026 status conference precluded Lufthansa from filing the motion to dismiss. Plaintiffs also contend that the motion to dismiss is an improper motion for reconsideration of this Court's order granting plaintiffs leave to file the first amended complaint because the motion to dismiss raises some of the same arguments that Lufthansa asserted in its opposition to plaintiffs' motion to amend. Plaintiffs also seek sanctions. Lufthansa opposes the administrative motion and sanctions request.

The Court DENIES plaintiffs' administrative motion. At the March 2026 status conference the Court directed Lufthansa to raise substantive arguments in its opposition, but the Court did not intend to preclude Lufthansa from filing a motion to dismiss. Further, while Lufthansa has raised some of the same arguments in its earlier opposition and the current motion to dismiss, Lufthansa has raised a number of new grounds for dismissal that must be addressed.

Plaintiffs did not file a substantive opposition to the motion to dismiss, and instead relied on its administrative motion as its opposition. As such, the Court finds that additional briefing on the

pending motion to dismiss is required.  The Court directs plaintiffs to file an opposition by June 26, and Lufthansa may file a supplemental reply by July 6.  The Court reschedules the hearing from July 10 to July 31 at 10 a.m. via zoom.

**IT IS SO ORDERED**.

Dated: June 16, 2026

_____

SUSAN ILLSTON
United States District Judge