UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN DOE and ROBERT ROE,

Plaintiffs,

v.

DEUTSCHE LUFTHANSA
AKTIENGESELLSCHAFT,

Defendant.

Case No. 23-cv-04413-SI

**ORDER RE: DEFENDANT'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

Lufthansa's motion to dismiss or strike the amended complaint is scheduled for a hearing on August 7, 2026. Lufthansa's motion argues, *inter alia*, that plaintiffs have failed to state a claim under California law. Lufthansa also states, "[a]t this stage of the proceedings, as no party has yet argued that the law of a foreign jurisdiction should be applied to this lawsuit, the Court should apply California law to determine the viability of Plaintiffs' claims." Mtn. at 17. However, in motion papers related to Lufthansa's previous motions to dismiss plaintiffs' original complaint (Dkt. 16 at 27, Dkt. 17 at 15), Lufthansa argued that California law does not apply extraterritorially and that to apply California law would raise issues of international comity.

The Court directs Lufthansa to file a statement no later than July 24 regarding whether, if the amended complaint survives dismissal, it intends to argue that the law of a foreign jurisdiction should apply to this lawsuit. Plaintiffs may file a response to Lufthansa's filing no later than July 31.

**IT IS SO ORDERED**.

Dated: July 14, 2026

_____
SUSAN ILLSTON
United States District Judge