UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

| | |
|---|---|
| JOHN DOE and ROBERT ROE,<br>Plaintiffs,<br>v.<br>DEUTSCHE LUFTHANSA AKTIENGESELLSCHAFT,<br>Defendant. | Case No. 23-cv-04413-SI<br><br>**ORDER REQUESTING REASSIGNMENT** |

The Court requests that the Clerk reassign this case to another judge.

**IT IS SO ORDERED**.

Dated: November 6, 2026

SUSAN ILLSTON
United States District Judge